## KLIMIST, MCKNIGHT, SALE, MCCLOW & CANZANO, P.C.

*Attorneys at Law*
100 GALLERIA OFFICENTRE · SUITE 117
SOUTHFIELD, MI 48034-8460

TELEPHONE (248) 354-9650
FAX (248) 354-9656

SAMUEL C. MCKNIGHT
JOHN R. CANZANO
LISA M. SMITH
DAVID R. RADTKE
PATRICK J. RORAI
MEAGAN B. DOLLERIS

OF COUNSEL

SHELDON L. KLIMIST
JUDITH A. SALE
ROGER J. MCCLOW
ELLEN F. MOSS
LEONARD R. PAGE

September 12, 2011

**Via Email and U.S. First Class Mail**
Joshua Rogaczewski
McDermott Will & Emery
600 Thirteenth Street, N.W.
Washington, D.C. 20005

  Re: *Sloan, et al. v. BorgWarner, et al.*
    **E.D. Mich. Case No. 09-cv-10918**

Dear Mr. Rogaczewski:

Plaintiffs agree to the Stipulated Order extending the case schedule by three months. Please file it. I have attached a Stipulation to withdraw Bob Bertram as a Plaintiff and continue his status as a class member for your review.

With respect to the deposition of Richard Nuerge, I am available for that deposition on October 5, 2011. I will notice his deposition this week.

Enclosed are two Rule 30(b)(6) Notices of Deposition, as well as Plaintiffs' First Request For Admissions to Defendants. I am willing to move the dates of the Rule 30(b)(6) depositions. Plaintiffs' Responses to Defendant's discovery requests will be sent under separate cover.

On a different matter, the Defendants subpoenaed Charles Smith for deposition on October 18, 2011. The subpoenaed Mr. Smith is a class member who retired in 1997 from BorgWarner's Muncie plant. It is my understanding there is a former UAW International Representative by the name of Charles Smith who serviced the membership at BorgWarner's Muncie facility. I wanted to let you know that if the Defendants are seeking to take the deposition of former International Representative Charles Smith they have subpoenaed the wrong person.

As for the Plaintiffs' depositions, you have informed me that Defendants intend to take their depositions as it relates to damages. I suggest that we ask the Court to bifurcate the case between



KLIMIST, McKNIGHT, SALE, McCLOW & CANZANO, P.C.
*Attorneys at Law*

Joshua Rogaczewski
September 12, 2011
Page 2

a liability phase and a damages phase. If that is agreeable to you, then we can produce the Class Representatives for depositions on damages once the liability issue has been decided.

      Very truly yours,

      KLIMIST, McKNIGHT, SALE,
      McCLOW & CANZANO, P.C.

      David R. Radtke

DRR:pac
Enclosures

P:\RHC Cases\BorgWarner\2009 MI Lawsuit\Letters\Rogaczewski ltr3.wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLARD L. SLOAN, EUGENE J.
WINNINGHAM, BOB L. BERTRAM,
JAMES L. KELLEY, on behalf of
themselves and a similarly situated class,

        Plaintiffs,

v.

BORGWARNER, INC., BORGWARNER
FLEXIBLE BENEFITS PLANS and
BORGWARNER DIVERSIFIED
TRANSMISSION PRODUCTS, INC.,

        Defendants.

Case No. 09-cv-10918
Hon. Paul D. Borman
Magistrate Mona K. Majzoub

**Class Action**

---

| | |
|---|---|
| David R. Radtke (P47016)<br>Roger J. McClow (P27170)<br>Patrick J. Rorai (P65091)<br>KLIMIST, McKNIGHT, SALE,<br>McCLOW & CANZANO, P.C.<br>Attorneys for Plaintiffs<br>400 Galleria Officentre, Suite 117<br>Southfield, MI 48034<br>248-354-9650; fax 248-354-9656<br>dradtke@kmsmc.com<br>rmcclow@kmsmc.com<br>prorai@kmsmc.com | Bobby R. Burchfield<br>Joshua D. Rogaczewski<br>McDERMOTT WILL & EMERY<br>Attorneys for Defendants<br>600 Thirteenth St., N.W.<br>Washington, D.C. 20005<br>202-756-8000; fax 202-756-8087<br>bburchfield@mwe.com<br>jrogaczewski@mwe.com<br><br>Elisa Angeli Palizzi (P52088)<br>MILLER, CANFIELD, PADDOCK<br>& STONE, P.L.C.<br>Attorneys for Defendants<br>150 W. Jefferson Avenue, Suite 2500<br>Detroit, MI 48226<br>313-496-7635; fax 313-963-6420<br>angeli@millercanfield.com |

---

## STIPULATION TO WITHDRAW BOB L. BERTRAM AS A CLASS PLAINTIFF AND CONTINUE HIS STATUS AS A CLASS MEMBER

    The parties, by their attorneys file this Stipulation to Withdraw Bob L. Bertram as a Plaintiff and continue his status as a class member.

1. On April 3, 2009, Plaintiffs filed a Motion for Class Certification which requested Mr. Bertram become a Class Representative (Dkt. #14).

2. The Court found that Mr. Bertram was not an adequate representative of the class because he was in poor health (Dkt. #56).

3. The parties stipulate and agree that Mr. Bertram will be withdrawn as a Plaintiff in this action and instead will be a member of the class. The removal of Mr. Bertram from Plaintiff status does not prejudice his rights as a class member.

By:_____
David R. Radtke (P47016)
KLIMIST, McKNIGHT, SALE,
McCLOW & CANZANO, P.C.
Attorneys for Plaintiffs
400 Galleria Officentre, Suite 117
Southfield, MI 48034
(248) 354-9650; fax (248) 354-9656
dradtke@kmsmc.com

Dated:

By:_____
Elisa Angeli Palizzi (P52088)
MILLER, CANFIELD, PADDOCK
& STONE, P.L.C.
Attorneys for Defendants
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226
313-496-7635; fax 313-963-6420
angeli@millercanfield.com

Bobby R. Burchfield
Joshua D. Rogaczewski
McDERMOTT WILL & EMERY
Attorneys for Defendants
600 Thirteenth St., N.W.
Washington, D.C. 20005
202-756-8000; fax 202-756-8087
bburchfield@mwe.com
jrogaczewski@mwe.com

Dated:

It is so ordered.

Dated: September ___, 2011

_____
UNITED STATES DISTRICT JUDGE

P:\RHC Cases\BorgWarner\2009 MI Lawsuit\Pleadings\StipulationRemoveBertramClassPlaintiff.wpd

2