UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Willard L. Sloan, et al.,

                        Plaintiff(s),

v.                                              Case No. 2:09–cv–10918–PDB–MKM
                                              Hon. Paul D. Borman

BorgWarner Flexible Benefits
Plans, et al.,

                        Defendant(s).

_____

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

   **IT IS ORDERED** that the following motion(s) is/are referred to United States Magistrate Judge Mona K. Majzoub for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

Motion to Withdraw – #87

                                            s/ Paul D. Borman
                                            Paul D. Borman
                                            United States District Judge

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                            s/ D. Goodine
                                            Deputy Clerk

Dated:   October 18, 2011