UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLARD L. SLOAN, EUGENE J.
WINNINGHAM, BOB L. BERTRAM,
JAMES L. KELLEY, on behalf of
themselves and a similarly situated class,

        Plaintiffs,

v.

BORGWARNER, INC., BORGWARNER
FLEXIBLE BENEFITS PLANS and
BORGWARNER DIVERSIFIED
TRANSMISSION PRODUCTS, INC.,

        Defendants.
_____/

Case No. 09-cv-10918
Hon. Paul D. Borman
Magistrate Mona K. Majzoub

**Class Action**

| | |
|---|---|
| David R. Radtke (P47016) | Bobby R. Burchfield |
| Roger J. McClow (P27170) | Joshua D. Rogaczewski |
| Patrick J. Rorai (P65091) | McDERMOTT WILL & EMERY |
| KLIMIST, McKNIGHT, SALE, | Attorneys for Defendants |
| McCLOW & CANZANO, P.C. | 600 Thirteenth St., N.W. |
| Attorneys for Plaintiffs | Washington, D.C.  20005 |
| 400 Galleria Officentre, Suite 117 | 202-756-8000; fax 202-756-8087 |
| Southfield, MI  48034 | bburchfield@mwe.com |
| 248-354-9650; fax 248-354-9656 | jrogaczewski@mwe.com |
| dradtke@kmsmc.com | |
| rmcclow@kmsmc.com | Elisa Angeli Palizzi (P52088) |
| prorai@kmsmc.com | MILLER, CANFIELD, PADDOCK |
| | & STONE, P.L.C. |
| | Attorneys for Defendants |
| | 150 W. Jefferson Avenue, Suite 2500 |
| | Detroit, MI 48226 |
| | 313-496-7635; fax 313-963-6420 |
| | angeli@millercanfield.com |

_____/

**STIPULATION TO DISMISS BOB L. BERTRAM AS A PLAINTIFF
WITHOUT PREJUDICE TO HIS RIGHTS AS A CLASS MEMBER**

The parties, by their attorneys, file this Stipulation to Dismiss Bob L. Bertram as a Plaintiff without prejudice to his rights as a Class Member.

1. On April 3, 2009, Plaintiffs filed a Motion for Class Certification which requested Mr. Bertram become a Class Representative. (Dkt. #14)

2. The Court found that Mr. Bertram was not an adequate representative of the class because he was in poor health. (Dkt. #56)

3. On October 14, 2011, Plaintiffs filed a Motion to Withdraw Bob L. Bertram as a Named Plaintiff and Maintain his Status as a Class Member.

4. The parties stipulate and agree that Mr. Bertram will be dismissed as a Plaintiff without prejudice to his rights as a Class Member.

5. Upon the entry of an Order granting this Stipulation to Dismiss Mr. Bertram, Plaintiffs will withdraw their Motion to Withdraw Bob L. Bertram as a Named Plaintiff and Maintain his Status as a Class Member.

6. Plaintiffs will respond to Defendants' second discovery requests to Mr. Bertram within 30 days of the entry of the Order. Defendants reserve their rights to challenge the sufficiency of Mr. Bertam's responses.

S/Paul D. Borman  
PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE

Dated: November 4, 2011

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 4, 2011.

S/Felicia Moses for Denise Goodine  
Case Manager

| | |
|---|---|
| By: /s/ David R. Radtke<br>David R. Radtke (P47016)<br>KLIMIST, McKNIGHT, SALE,<br>McCLOW & CANZANO, P.C.<br>Attorneys for Plaintiffs<br>400 Galleria Officentre, Suite 117<br>Southfield, MI  48034<br>248-354-9650; fax 248-354-9656<br>dradtke@kmsmc.com<br><br>Dated:  October 28, 2011 | By: /s/ Joshua D. Rogaczewski (w/consent)<br>Bobby R. Burchfield<br>Joshua D. Rogaczewski<br>McDERMOTT WILL & EMERY<br>Attorneys for Defendants<br>600 Thirteenth St., N.W.<br>Washington, D.C.  20005<br>202-756-8000; fax 202-756-8087<br>bburchfield@mwe.com<br>jrogaczewski@mwe.com<br><br>Elisa Angeli Palizzi (P52088)<br>MILLER, CANFIELD, PADDOCK<br>& STONE, P.L.C.<br>Attorneys for Defendants<br>150 W. Jefferson Avenue, Suite 2500<br>Detroit, MI 48226<br>313-496-7635; fax 313-963-6420<br>angeli@millercanfield.com<br><br>Dated: October 28, 2011 |