UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLARD L. SLOAN, EUGENE J. WINNINGHAM, and JAMES L. KELLEY, <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., BORGWARNER DIVERSIFIED TRANSMISSION PRODUCTS INC., and BORGWARNER FLEXIBLE BENEFITS PLANS, <br><br> Defendants. | Case 2:09-cv-10918-PDB-MKM <br><br> U.S. District Judge Paul D. Borman <br><br> U.S. Magistrate Judge Mona K. Majzoub |

**BORGWARNER'S APPENDIX OF SUMMARY JUDGMENT AUTHORITIES**

| Tab | Authority |
|---|---|
| | **Cases** |
| 1 | *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986) |
| 2 | *Bauer v. Kraft Foods Global, Inc.*, 277 F.R.D. 558 (W.D. Wis. 2012) |
| 3 | *BorgWarner Diversified Transmission Prods. Inc. v. UAW, Local No. 287*, No. 1:06-cv-058-LJM-TAB, 2008 WL 4274476, at *1 (S.D. Ind. Sept. 12, 2008) |
| 4 | *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986) |
| 5 | *Cole v. ArvinMeritor, Iinc.*, 549 F.3d 1064 (6th Cir. 2008) |
| 6 | *Cox v. Ky Dep't of Transp.*, 53 F.3d 146 (6th Cir. 1995) |
| 7 | *Diehl v. Twin Disc, Inc.*, 102 F.3d 301 (7th Cir. 1996) |
| 8 | *Golden v. Kelsey-Hayes Co.*, 954 F. Supp. 1173 (E.D. Mich. 1997) |
| 9 | *Inter-Modal Rail Employees Ass'n v. Topeka & Santa Fe Ry. Co.*, 520 U.S. 510 (1997) |
| 10 | *Int'l Union, UAW v. Yard-Man, Inc.*, 716 F.2d 1476 (6th Cir. 1983) |
| 11 | *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574 (1986) |

| Tab | Authority |
|---|---|
| 12 | *Maurer v. Joy Techs., Inc.*, 212 F.3d 907 (6th Cir. 2000) |
| 13 | *Noe v. PolyOne Corp.*, 520 F.3d 548 (6th Cir. 2008) |
| 14 | *Prater v. Ohio Educ. Ass'n*, 505 F.3d 437 (6th Cir. 2007) |
| 15 | *Reese v. CNH Am. LLC*, 574 F.3d 315 (6th Cir. 2009) |
| 16 | *Wal-Mart Stores, Inc. v. Dukes*, 131 S. Ct. 2541 (2011) |

### Statutes and Rules

| | |
|---|---|
| 17 | Employee Retirement Income Security Act of 1974 § 201, 29 U.S.C. § 1051 (2006) |
| 18 | Federal Rule of Civil Procedure 56 |

### Other Authorities

| | |
|---|---|
| 19 | 1 Joseph M. Perillo, *Corbin on Contracts* § 4.13 (rev. ed. 1993) |

Dated: May 14, 2012

Respectfully submitted,

s/Bobby R. Burchfield

Elisa Angeli Palizzi (P52088)
(angeli@millercanfield.com)
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
313.496.7635
313.963.6420 fax

Bobby R. Burchfield
(bburchfield@mwe.com)
Joshua David Rogaczewski
(jrogaczewski@mwe.com)
McDermott Will & Emery LLP
600 13th Street, Northwest
Washington, D.C. 20005
202.756.8000
202.756.8087 fax

*Attorneys for BorgWarner Inc., BorgWarner Diversified Transmission Products Inc., and BorgWarner Flexible Benefits Plans*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2012, I electronically filed the foregoing **BorgWarner's Appendix of Summary Judgment Authorities** with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

s/Bobby R. Burchfield
Bobby R. Burchfield
(bburchfield@mwe.com)
McDermott Will & Emery LLP
600 13th Street, Northwest
Washington, D.C. 20005
202.756.8000
202.756.8087 fax