UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLARD L. SLOAN, EUGENE J.
WINNINGHAM, and JAMES L. KELLEY,
on behalf of themselves and a similarly
situated class,

               Plaintiffs,

v.

BORGWARNER, INC., BORGWARNER
FLEXIBLE BENEFITS PLANS and
BORGWARNER DIVERSIFIED
TRANSMISSION PRODUCTS, INC.,

               Defendants.

Case No. 09-cv-10918
Hon. Paul D. Borman
Magistrate Mona K. Majzoub

**Class Action**

_____/

## EXHIBIT LIST TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY

1. Richard Nuerge Deposition Transcript

2. 1989 Health Insurance Agreement

3. Jerry French Deposition Transcript and Exhibits

4. 1992 Agreement and Modification and Extension of Health Insurance Agreement

5. 1992 Health Insurance Agreement

6. 1995 Health Insurance Agreement

7. 11/1/04 Turczynowsky Email re Deductible/Stop-Loss

8. 1998 Insurance Highlights

9. 11/28/00 Tentative Agreement on Insurances and Pensions

10. 11/28/00 "Excerpts" from Agreement on Insurances and Pensions

11. George Turczynowsky Transcript

12. 4/1/05 Tentative Agreement

13. 4/8/05 Clarifications on Tentative Agreement

14. UAW Local 287 April 2005 Tentative Agreement

15. Order in 2006 BorgWarner Case in Indiana

16. Michelle DuFour Deposition Transcript

17. 2009 Your Health Care Travel Guide

18. 5/1/09 BorgWarner DTP Notice re Prescription and Medicare

19. 2009 Your Retiree Health Care Travel Guide

20. 2009 BorgWarner Benefit Enrollment Form

21. 2009 Plant Shutdown Agreement

22. 10/27/89 Retirement Income Program Guide Booklet

23. 3/12/95 Retirement Income Program Guide Booklet

24. 1/90 Retirement- General Summary

25. 5/95 Retirement- General Summary

26. 2/14/89 Fax with Retirement- General Summary

27. 9/27/99 Nuerge Letter

28. Letters to Surviving Spouses re Health Care Coverage

29. Borg Warner DTP/UAW Joint Position Statement

30. 3/24/87 Hourly Retirees Insurance Booklet Draft

31. 12/18/95 Turczynowsky Letter to CIGNA re Stop-Loss and Deductibles

32. 1986 Health Insurance Agreement

33. *Bender v. Newell Window,* Case No. 11-1335
34. *McCoy v. Meridian Automotive Systems, Inc.,* C.A. No. 03-74613, 2004 U.S. Dist. LEXIS 29219 *2 (E.D. Mich., Feb. 6, 2004)

35. *McCoy v. Meridian Automotive Systems, Inc.,*
 2005 U.S. Dist. LEXIS 40129 (E.D. Mich. 2005)