UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLARD L. SLOAN, EUGENE J.
WINNINGHAM, and JAMES L. KELLEY,
on behalf of themselves and a similarly
situated class,

                Plaintiffs,

v.

BORGWARNER, INC., BORGWARNER
FLEXIBLE BENEFITS PLANS and
BORGWARNER DIVERSIFIED
TRANSMISSION PRODUCTS, INC.,

                Defendants.

Case No. 09-cv-10918
Hon. Paul D. Borman
Magistrate Mona K. Majzoub

**Class Action**

# EXHIBIT 7

# TO

# PLAINTIFFS' MOTION
# FOR SUMMARY JUDGMENT
# AS TO LIABILITY

## Turczynowsky, George (Corp HQ)

| | |
|---|---|
| From: | Turczynowsky, George (Corp HQ) |
| Sent: | Monday, November 01, 2004 12:39 PM |
| To: | Jerome P 390 Arquette (E-mail) |
| Cc: | Perry, Nancy (Corp HQ); Paxson, Pamela (Corp HQ); Bowles, Laura (Muncie) |
| Subject: | FW:2005 Muncie Hourly Deductibles/Stop-Loss (# 72973 ) |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Jerry -

Please consider this your authorization to adjust Deductibles and Stop-Loss amounts for active employees and certain retirees in accordance with the attached grids effective 1/1/05. Also, note Laura's comment Re: preventive care under MOA2M that should be payable at 80%.

Thanks,
George Turczynowsky
Director, Benefits
BorgWarner Inc.

-----Original Message-----
| | |
|---|---|
| From: | Bowles, Laura (Muncie) |
| Sent: | Wednesday, October 20, 2004 1:17 PM |
| To: | Turczynowsky, George (Corp HQ); Perry, Nancy (Corp HQ) |
| Cc: | Banton, Bill (Muncie); Stair, Connie (Muncie) |
| Subject: | 05 Hourly Deductibles |

George,
Here is the updated spreadsheet for 2005 changes to the original hourly plans. MPPO7 should also have the same deductible changes as MPPO1. Also, please note that under MOA2M the preventive care is 80%. It was wrong on the spreadsheet from 04.
Let me know if you have questions.
Thanks,
Laura



2002 Health Plan
Info.xls

# Laura Bowles
(765) 286-6286

"The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or use of the information contained herein is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message and delete the message from your computer."



EXHIBIT 75

1

DTP012938

2005 MUNCIE HOURLY HEALTH PLANS 72973 (Effective 1/1/2005)

| | Active MPPO1 Live In-Area[6] | Active MOOA1 Live Out-of-Area[6] | Pre-Medicare MPPO2 | Pre-Medicare MPPO3 |
|---|---|---|---|---|
| Date of Eligibility | Hired before 3/12/01 | Hired before 3/12/01 | Retired before 10/1/86 Retired before 12/1/89 | Retired between 12/1/89 - 12/31/92 |
| **Deductible** | | | | |
| In-Network | $235 ind/$705 fam | $235 ind/$705 fam | $125/person | $200/person |
| Out-of-Network[2] | $470 ind/$1410 fam | N/A | N/A | N/A |
| **Stop Loss** | | | | |
| In-Network | $1132 ind/$2264 fam | $1132 ind/$2264 fam | $300 ind/$600 fam | $600 ind/$1200 fam |
| Out-of-Network[2] | $2264 ind/$4528 fam | N/A | N/A | N/A |
| **In-Patient Hospital** | | | | |
| In-Network | 90% | 90% | 90% | 90% |
| Out-of-Network[2] | 80% | N/A | N/A | N/A |
| **Outpatient/Surgery/X-Ray/Lab** | | | | |
| In-Network | 100% | 100% | 100% | 100% |
| Out-of-Network[2] | 80% | N/A | N/A | N/A |
| **Misc. Major Medical[1]** | | | | |
| In-Network | 80% | 80% | 80% | 80% |
| Out-of-Network[2] | 70% | N/A | N/A | N/A |
| Primary Care[5] | 90% | N/A | 90%[7] | 90%[7] |
| Preventive (Wellness) | 100% In-network only | N/A | N/A | N/A |
| **Prescription** | | | | |
| Retail (Generic/Brand) | $7/$12 | $7/$12 | $2/$3* $2/$4** | $4/$7 |
| Mail Order (Generic/Brand) | $5/$7 | $5/$7 | $2/$2* | $2/$2 |
| INTRACORP | Yes | Yes | Yes | Yes |
| EAP | Yes | Yes | Yes | Yes |
| Dental/Vision/Hearing | All[4] | All[4] | Vision Only[4] | Vision Only[4] |

1. After deductible is satisfied (Misc. Major Medical = PT-Retiree Only, Ambulance/Base, then Maj.Med., Medical Supplies, Oxygen, Podiatrist, Private Duty Nurse, Chiropatic, and Offic eVisits.
2. Out-of-Network disincentives appy to MD's specialist and hospitals ont part of Select Circle
3. No PPO benefits or disincentives apply to Medicare participants - BR 70,71, or 72
4. Benefits same as those benefits prior to 1/1/93
5. After deductible. - Office visits for PCP paid at 90%. - PCP includes family practitioners, internists, pediatrics and OB/GYN (in-network only). - All other services (X-ray, lab, surfer) in PCP office paid at 100%
6. Deductibles/Stop-loss indexed 5% each year through 2006 for in/out of network.
7. Primary Care Benefit ceases when ee becomes eligible for Medicare.
* $3 Brand/$2 Generic and $2 Mail Order applies to retirees prior to 10/1/86
** $4 Abrand/$2 Generic and $2 Mail Order applies to retirees after 10/1/86 and before 12/1/89

DTP012939

2005 MUNCIE HOURLY HEALTH PLANS 72973 (Effective 1/1/2005)

| | Medicare MIND1[3] | Medicare MIND2[3] | Pre-Medicare MPPO4 | Medicare MOA2M | Pre-Medicare Live Out-of-Area MOOA2 |
|---|---|---|---|---|---|
| Date of Eligibility | Retired before 10/1/86 Retired before 12/1/89 | Retired between 12/1/89 - 12/31/92 | Retired after 1/1/93[6] | Retired after 1/1/93[6] | Retired after 1/1/93[6] |
| **Deductible** | | | | | |
| In-Network | $125/person | $200/person | $235 ind/$705 fam | $235 ind/$705 fam | $235 ind/$705 fam |
| Out-of-Network[2] | N/A | N/A | $470 ind/$1410 fam | $470 ind/$1410 fam | N/A |
| **Stop Loss** | | | | | |
| In-Network | $175 ind/$350 fam | $450 ind/$900 fam | $1132 ind/$2264 fam | $1132 ind/$2264 fam | $1132 ind/$2264 fam |
| Out-of-Network[2] | N/A | N/A | $2264 ind/$4528 fam | $2264 ind/$4528 fam | N/A |
| **In-Patient Hospital** | | | | | |
| In-Network | 90% | 90% | 90% | 90% | 90% |
| Out-of-Network[2] | N/A | N/A | 80% | 80% | N/A |
| **Outpatient/Surgery/X-Ray/Lab** | | | | | |
| In-Network | 100% | 100% | 100% | 100% | 100% |
| Out-of-Network[2] | N/A | N/A | 80% | 80% | N/A |
| **Misc. Major Medical**[1] | | | | | |
| In-Network | 80% | 80% | 80% | 80% | 80% |
| Out-of-Network[2] | N/A | N/A | 70% | 70% | N/A |
| Primary Care[5] | N/A | N/A | 90%[7] | 80%[7] | 90%[7] |
| Preventive (Wellness) | N/A | N/A | 100% | 100% | 100% |
| **Prescription** | | | | | |
| Retail (Generic/Brand) | $2/$3* $2/$4** | $4/$7 | $7/$12 | $7/$12 | $7/$12 |
| Mail Order (Generic/Brand) | $2/$2** | $2/$2 | $3/$4 | $3/$4 | $3/$4 |
| INTRACORP | N/A | N/A | Yes | N/A | N/A |
| EAP | Yes | Yes | Yes | Yes | Yes - Pre-Med Only |
| Dental/Vision/Hearing | Vision Only[4] | Vision Only[4] | Vision Only[4] | Vision Only[4] | Vision Only[4] |

1. After deductible is satisfied (Misc. Major Medical = PT-Retiree Only, Ambulance/Base, then Maj.Med., Medical Supplies, Oxygen, Podiatrist, Private Duty Nurse, Chiropatic, and Offic eVisits.
2. Out-of-Netowrk disincentives appy to MD's specialist and hospitals ont part of Select Circle
3. No PPO benefits or disincentives apply to Medicare participants - BR 70,71, or 72
4. Benefits same as those benefits prior to 1/1/93
5. After deductible: - Office visits for PCP paid at 90%, - PCP includes family practitioners, internists, pediatrics and OB/GYN (in-network only). - All other services (X-ray, lab, surter) in PCP office paid at 100%
6. Deductibles/Stop-loss indexed 5% each year through 2006 for in/out of network.
7. Primary Care Benefit ceases when ee becomes eligible for Medicare.
* $3 Brand/$2 Generic and $2 Mail Order applies to retirees prior to 10/1/86
** $4 Abrand/$2 Generic and $2 Mail Order applies to retires after 10/1/86 and before 12/1/89

DTP012940

2004 MUNCIE HOURLY HEALTH PLANS 72973 (Effective 1/1/2004)

| | Active BR 001 Live In-Area[6] | Active BR 001 Live Out-of-Area[6] | Pre-Medicare BR 65 | Pre-Medicare BR 66 |
|---|---|---|---|---|
| Date of Eligibility | Hired before 3/12/01 | Hired before 3/12/01 | Retired before 10/1/86 Retired before 12/1/89 | Retired between 12/1/89 - 12/31/92 |
| **Deductible** | | | | |
| In-Network | $224 ind/$672 fam | $224 ind/$672 fam | $125/person | $200/person |
| Out-of-Network[2] | $448 ind/$1344 fam | N/A | N/A | N/A |
| **Stop Loss** | | | | |
| In-Network | $1078 ind/$2155 fam | $1078 ind/$2155 fam | $300 ind/$600 fam | $600 ind/$1200 fam |
| Out-of-Network[2] | $2155 ind/$4310 fam | N/A | N/A | N/A |
| **In-Patient Hospital** | | | | |
| In-Network | 90% | 90% | 90% | 90% |
| Out-of-Network[2] | 80% | N/A | N/A | N/A |
| **Outpatient/Surgery/X-Ray/Lab** | | | | |
| In-Network | 100% | 100% | 100% | 100% |
| Out-of-Network[2] | 80% | N/A | N/A | N/A |
| **Misc. Major Medical[1]** | | | | |
| In-Network | 80% | 80% | 80% | 80% |
| Out-of-Network[2] | 70% | N/A | N/A | N/A |
| Primary Care[5] | 90% | N/A | 90%[7] | 90%[7] |
| Preventive (Wellness) | 100% in-network only | N/A | N/A | N/A |
| **Prescription** | | | | |
| Retail (Generic/Brand) | $7/$12 | $7/$12 | $2/$3* $2/$4** | $4/$7 |
| Mail Order (Generic/Brand) | $5/$7 | $5/$7 | $2/$2* | $2/$2 |
| INTRACORP | Yes | Yes | Yes | Yes |
| EAP | Yes | Yes | Yes | Yes |
| Dental/Vision/Hearing | All[4] | All[4] | Vision Only[4] | Vision Only[4] |

1. After deductible is satisfied (Misc. Major Medical = PT-Retiree Only, Ambulance/Base, then Maj.Med., Medical Supplies, Oxygen, Podiatrist, Private Duty Nurse, Chiropatic, and Office eVisits.
2. Out-of-Network disincentives apply to MD's specialist and hospitals ont part of Select Circle
3. No PPO benefits or disincentives apply to Medicare participants - BR 70,71, or 72
4. Benefits same as those benefits prior to 1/1/93
5. After deductible: - Office visits for PCP paid at 90%. - PCP includes family practitioners, internists, pediatrics and OB/GYN (in-network only). - All other services (X-ray, lab, surter) in PCP office paid at 100%
6. Deductibles/Stop-loss indexed 5% each year through 2006 for in/out of network.
7. Primary Care Benefit ceases when ee becomes eligible for Medicare.
* $3 Brand/$2 Generic and $2 Mail Order applies to retirees prior to 10/1/86
** $4 Abrand/$2 Generic and $2 Mail Order applies to retirees after 10/1/86 and before 12/1/89

DTP012941  11/1/2004  2002 Health Plan Info

2004 MUNCIE HOURLY HEALTH PLANS 72973 (Effective 1/1/2004)

| | Medicare BR 70[3] | Medicare BR 71[3] | Pre-Medicare BR 67 | Medicare BR 72 | Medicare/Pre-Medicare Live Out-of-Area |
|---|---|---|---|---|---|
| Date of Eligibility | Retired before 10/1/86 Retired before 12/1/89 | Retired between 12/1/89 - 12/31/92 | Retired after 1/1/93[6] | Retired after 1/1/93 | Retired after 1/1/93[8] |
| **Deductible** | | | | | |
| In-Network | $125/person | $200/person | $224 ind/$672 fam | $224 ind/$672 fam | $224 ind/$672 fam |
| Out-of-Network[2] | N/A | N/A | $448 ind/$1344 fam | $448 ind/$1344 fam | N/A |
| **Stop Loss** | | | | | |
| In-Network | $175 ind/$350 fam | $450 ind/$900 fam | $1078 ind/$2155 fam | $1078 ind/$2155 fam | $1078 ind/$2155 fam |
| Out-of-Network[2] | N/A | N/A | $2155 ind/$4310 fam | $2155 ind/$4310 fam | N/A |
| **In-Patient Hospital** | | | | | |
| In-Network | 90% | 90% | 90% | 90% | 90% |
| Out-of-Network[2] | N/A | N/A | 80% | 80% | N/A |
| **Outpatient/Surgery/X-Ray/Lab** | | | | | |
| In-Network | 100% | 100% | 100% | 100% | 100% |
| Out-of-Network[2] | N/A | N/A | 80% | 80% | N/A |
| **Misc. Major Medical**[1] | | | | | |
| In-Network | 80% | 80% | 80% | 80% | 80% |
| Out-of-Network[2] | N/A | N/A | 70% | 70% | N/A |
| Primary Care[5] | N/A | N/A | 90% | 90% | 90% |
| Preventive (Wellness) | N/A | N/A | 100% | 100% | 100% |
| **Prescription** | | | | | |
| Retail (Generic/Brand) | $2/$3* | $4/$7 | $7/$12 | $7/$12 | $7/$12 |
| Mail Order (Generic/Brand) | $2/$4** $2/$2** | $2/$2 | $3/$4 | $3/$4 | $3/$4 |
| INTRACORP | N/A | N/A | Yes | N/A | N/A |
| EAP | Yes | Yes | Yes | Yes | Yes - Pre-Med Only |
| Dental/Vision/Hearing | Vision Only[4] | Vision Only[4] | Vision Only[4] | Vision Only[4] | Vision Only[4] |

1. After deductible is satisfied. (Misc. Major Medical = PT-Retiree Only, Ambulance/Base, then Maj.Med., Medical Supplies, Oxygen, Podiatrist, Private Duty Nurse, Chiropractic, and Ortho eVisits.
2. Out-of-Network disincentives apply to MD's specialist and hospitals on part of Select Circle
3. No PPO benefits or disincentives apply to Medicare participants - BR 70,71, or 72
4. Benefits same as those benefits prior to 1/1/93
5. After deductible: - Office visits for PCP paid at 90%. - PCP includes family practitioners, internists, pediatrics and OB/GYN (in-network only). - All other services (X-ray, lab, surfer) in PCP office paid at 100%
6. Deductibles/Stop-loss indexed 5% each year through 2006 for in/out of network.
7. Primary Care Benefit ceases when ee becomes eligible for Medicare.
* $3 Brand/$2 Generic and $2 Mail Order applies to retirees prior to 10/1/86
** $4 Abrand/$2 Generic and $2 Mail Order applies to retirees after 10/1/86 and before 12/1/89

DTP012942 1/1/2004

2002 Health Plan Info

2002 MUNCIE HOURLY HEALHT PLANS 72973-15973 (Effective 1/1/2002)

| | Active BR 001 Live In-Area[6] | Active BR 001 Live Out-of-Area[6] | Pre-Medicare BR 65 | Pre-Medicare BR 66 |
|---|---|---|---|---|
| Date of Eligibility | Hired before 3/12/01 | Hired before 3/12/01 | Retired before 12/1/89 | Retired after 12/1/89 |
| **Deductible** | | | | |
| In-Network | $204 ind/$912 fam | $204 ind/$912 fam | $125/person | $200/person |
| Out-of-Network[2] | $407 ind/$1222 fam | N/A | N/A | N/A |
| **Stop Loss** | | | | |
| In-Network | $977 ind/$1955 fam | $977 ind/$1955 fam | $300 ind/$600 fam | $600 ind/$1200 fam |
| Out-of-Network[2] | $1955 ind/$3909 fam | N/A | N/A | N/A |
| **In-Patient Hospital** | | | | |
| In-Network | 90% | 90% | 90% | 90% |
| Out-of-Network[2] | 80% | N/A | N/A | N/A |
| **Outpatient/Surgery/X-Ray/Lab** | | | | |
| In-Network | 100% | 100% | 100% | 100% |
| Out-of-Network[2] | 80% | N/A | N/A | N/A |
| **Misc. Major Medical**[1] | | | | |
| In-Network | 80% | 80% | 80% | 80% |
| Out-of-Network[2] | 70% | N/A | N/A | N/A |
| Primary Care[5] | 90% | N/A | 90%[7] | 90%[7] |
| Preventive (Wellness) | 100% In-network only | N/A | N/A | N/A |
| **Prescription** | | | | |
| Retail (Generic/Brand) | $7/$12 | $7/$12 | $2/$3* | $4/$7 |
| Mail Order (Generic/Brand) | $5/$7 | $5/$7 | $2/$2* | $2/$2 |
| INTRACORP | Yes | Yes | Yes | Yes |
| EAP | Yes | Yes | Yes | Yes |
| Dental/Vision/Hearing | All[4] | All[4] | Vision Only[4] | Vision Only[4] |

1. After deductible is satisfied (Misc. Major Medical = PT-Retiree Only, Ambulance/Base, then Maj.Med., Medical Supplies, Oxygen, Podiatrist, Private Duty Nurse, Chiropatic, and Offic eVisits.
2. Out-of-Network disincentives appy to MD's specialist and hospitals ont part of Select Circle
3. No PPO benefits or disincentives apply to Medicare participants - BR 70,71, or 72
4. Benefits same as those benefits prior to 1/1/93
5. After deductible: -- Office visits for PCP paid at 90%. - PCP includes family practitioners, internists, pediatrics and OB/GYN (in-network only). - All other services (X-ray, lab, surger) in PCP office paid at 100%
6. Deductibles/Stop-loss indexed 5% each year through 2006 for in/out of network.
7. Primary Care Benefit ceases when ee becomes eligible for Medicare.
* $3 Brand/$2 Generic and $2 Mail Order applies to retirees prior to 10/1/86
** $4 Abrand/$2 Generic and $2 Mail Order applies to retires after 10/1/86 and before 12/1/89

DTP012943

C:\My Documents\CIGNA\2002 Health Plan Info.xls

2002 MUNCIE HOURLY HEALTH PLANS 72973-15973 (Effective 1/1/2002)

| | Medicare BR 70[3] | Medicare BR 71[3] | Pre-Medicare BR 67 | Medicare BR 72 | Medicare/Pre-Medicare Live Out-of-Area |
|---|---|---|---|---|---|
| Date of Eligibility | Retired before 12/1/89 | Retired after 12/1/89 | Retired before 1/1/93[6] | Retired before 1/1/93[6] | Retired before 1/1/93[6] |
| **Deductible** | | | | | |
| In-Network | $125/person | $200/person | $194 ind/$582 fam | $194 ind/$582 fam | $194 ind/$582 fam |
| Out-of-Network[2] | N/A | N/A | $388 ind/$1164 fam | $388 ind/$1164 fam | N/A |
| **Stop Loss** | | | | | |
| In-Network | $175 ind/$350 fam | $450 ind/$900 fam | $931 ind/$1862 fam | $931 ind/$1862 fam | $931 ind/$1862 fam |
| Out-of-Network[2] | N/A | N/A | $1862 ind/$3724 fam | $1862 ind/$3724 fam | N/A |
| **In-Patient Hospital** | | | | | |
| In-Network | 90% | 90% | 90% | 90% | 90% |
| Out-of-Network[2] | N/A | N/A | 80% | 80% | N/A |
| **Outpatient/Surgery/X-Ray/Lab** | | | | | |
| In-Network | 100% | 100% | 100% | 100% | 100% |
| Out-of-Network[2] | N/A | N/A | 80% | 80% | N/A |
| **Misc. Major Medical**[1] | | | | | |
| In-Network | 80% | 80% | 80% | 80% | 80% |
| Out-of-Network[2] | N/A | N/A | 70% | 70% | N/A |
| Primary Care[5] | N/A | N/A | 90% | 90% | 90% |
| Preventive (Wellness) | N/A | N/A | 100% | 100% | 100% |
| **Prescription** | | | | | |
| Retail (Generic/Brand) | $2/$4*** | $4/$7 | $7/$12 | $7/$12 | $7/$12 |
| Mail Order (Generic/Brand) | $2/$2*** | $2/$2 | $3/$4 | $3/$4 | $3/$4 |
| INTRACORP | N/A | N/A | Yes | N/A | N/A |
| EAP | Yes | Yes | Yes | Yes | Yes - Pre-Med Only |
| Dental/Vision/Hearing | Vision Only[4] | Vision Only[4] | Vision Only[4] | Vision Only[4] | Vision Only[4] |

1. After deductible is satisfied. (Misc. Major Med 1. After deductible is satisfied (Misc. Major Medical = PT-Retiree Only, Ambulance/Base, then Maj.Med., Medical Supplies, Oxygen, Duty Nurse, Chiropatic, and Offic eVisits. Podiatrist, Private Duty Nurse, Chiropatic, and Offic eVisits.
2. Out-of-Network disincentives appy to MD's specia 2. Out-of-Network disincentives appy to MD's specialist and hospitals ont part of Select Circle
3. No PPO benefits or disincentives apply to Medica 3. No PPO benefits or disincentives apply to Medicare participants - BR 70,71, or 72
4. Benefits same as those benefits prior to 1/1/93 4. Benefits same as those benefits prior to 1/1/93
5. After deductible: - Office visits for PCP paid at 90 5. After deductible: - Office visits for PCP paid at 90%. - PCP includes family practitioners, internists, pediatrics and OB/GYN (in-netowrk only). - All ray, lab, surter) in PCP office paid at 100% other services (X-ray, lab, surter) in PCP office paid at 100%
6. Deductibles/Stop-loss indexed 5% each year thro 6. Deductibles/Stop-loss indexed 5% each year through 2006 for in/out of network.
7. Primary Care Benefit ceases when ee becomes e 7. Primary Care Benefit ceases when ee becomes eligible for Medicare.
* $3 Brand/$2 Generic and $2 Mail Order applies to 1 * $3 Brand/$2 Generic and $2 Mail Order applies to retirees prior to 10/1/86
** $4 Abrand/$2 Generic and $2 Mail Order applies ** $4 Abrand/$2 Generic and $2 Mail Order applies to retires after 10/1/86 and before 12/1/89

C:\My Documents\CIGNA\2002 Health Plan Info.xls

DTP012944