UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLARD L. SLOAN, EUGENE J.
WINNINGHAM, and JAMES L. KELLEY,
on behalf of themselves and a similarly
situated class,

          Plaintiffs,

v.

BORGWARNER, INC., BORGWARNER
FLEXIBLE BENEFITS PLANS and
BORGWARNER DIVERSIFIED
TRANSMISSION PRODUCTS, INC.,

          Defendants.

Case No. 09-cv-10918
Hon. Paul D. Borman
Magistrate Mona K. Majzoub

**Class Action**

# EXHIBIT 9

# TO

# PLAINTIFFS' MOTION
# FOR SUMMARY JUDGMENT
# AS TO LIABILITY

**Tentative Agreement on Insurance's and Pensions**
**11/28/00**



EXHIBIT
29

**Prescription Drugs:**

Effective April 1, 2001 Prescription Plan adds 3rd tier at $25 Co-pay that would apply only when the covered employee insists on a non-preferred drug which is not medically necessary.

Effective April 1, 2001 Mail Order Prescriptions Co-pay of $5 Generic/ $7 Brand

Agreed to Language that provides for Medicare wrap around should Medicare Insurance be changed to include Drugs.

**Health Insurance:**

Agreed to provide CIGNA information online as soon as it is available.

Effective April 1, 2001 agreed to eliminate age restrictions on cosmetic surgery.

Effective April 1, 2001 agreed to increase lifetime maximum mental health outpatient visits to 60.

Effective April 1, 2001 agreed to increase Major Medical Lifetime maximum to $1.2 million

Effective March 12, 2001 any employee eligible medical insurance under the SUB Plan will be provided under the PPO Plan.

==Increase Deductibles/Stop Losses 5%/year beginning in 2003==

**Sickness and Accident:**

Effective first full pay after March 12, 2001 $335/week
Effective first full pay after March 12, 2002 $340/week
Effective first full pay after March 12, 2003 $345/week
Effective first full pay after March 12, 2004 $350/week
Effective first full pay after March 12, 2005 $355/week

Pensions:
   Defined Benefit Plan-
      Effective April 1, 2001 $29.50 per Month per Year of Service
      Effective April 1, 2002 $30.50 per Month per Year of Service
      Effective April 1, 2003 $31.50 per Month per Year of Service

      Deferred Vested Benefits will be equal to basic benefit increases.

   Disability/Special Early Retirement-
      Effective April 1, 2002 $25/Rate $725 Maximum Benefit
      Effective April 1, 2004 $26/Rate $740 Maximum Benefit
      Effective April 1, 2005 $26.50/Rate $750 Maximum Benefit

   Supplemental Benefit-
      Effective April 1, 2001 $1900
      Effective April 1, 2002 $2000
      Effective April 1, 2003 $2100

   Effective April 1, 2001 Transition and Bridge increased to $550

   Effective April 1, 2001 Automatic Survivor Benefit increased to 75%

   Agreed to language upon ratification that allows for a two-week grace period to allow an employee to work up to two weeks without forfeiting disability retirement.

   RSP-
      Effective April 1, 2001 401H Match increased to $500 per Year

      New Investment Options for 401K available as soon as possible.

      - 1988 employees recalled over age 50 to receive one time CRA adjustment *[handwritten: from time they reach age 50, date of ~~any~~ recall]*

Life Insurance:
   Effective April 1, 2001 $500 increase
   Effective April 1, 2002 $500 increase
   Effective April 1, 2003 $500 increase
   Effective April 1, 2004 $500 increase

Accidental Death and Dismemberment:
   Effective April 1, 2001 $500 increase  *28000*
   Effective April 1, 2002 $500 increase  *28500*
   Effective April 1, 2003 $500 increase  *29000*
   Effective April 1, 2004 $500 increase  *29500*

**New Hire Agreement Insurance:**

**Attached Health Care Plan**

**PPO plans with progression on deductibles and stop losses. HMO will also be an option for all new hires.**

DTP012201

| SERVICE PROVIDED | In Network - Select Circle | Out of Network |
|---|---|---|
| Inpatient Services | 80% – no deductible | 70% – no deductible |
| Outpatient Surgery/Xray/Lab | 80% – no deductible | 70% – no deductible |
| Inpatient Surgery | 80% – no deductible | 70% – no deductible |
| Primary Care Physician - Office Visit | 90% after deductible | 70% after deductible |
| Other Physician - Office Visit | 80% after deductible | 70% after deductible |
| Outpatient Mental Health Services | 80% after deductible: 20 visits per year and; 40 visits per lifetime. | n/a |
| Inpatient Mental Health Services | 80% no deductible: 30 visits per year and; 60 visits per lifetime. | n/a |
| Outpatient Substance Abuse Services | Included in Mental Health Services | n/a |
| Inpatient Substance Abuse Services | Included in Mental Health Services | n/a |
| Emergency Accident Services | 80% after deductible | 80% after deductible if emergency; 70% if non emergency |
| Chiropractic and Podiatry | 80% after deductible; Chiropractor limited to $500 per plan year | 70% after deductible; Chiropractor limited to $500 per plan year |
| Hospice and Skilled Nursing | 100% – for terminally ill patients limited to $7,000 per lifetime. | 100% – for terminally ill patients limited to $7,000 per lifetime. |
| Medical Equipment and Prosthetic Devices | 80% after deductible | 70% after deductible |
| Ambulance | 80% after deductible | 70% after deductible |
| Physical & Occupational Therapy | 80% after deductible | 70% after deductible |
| Home Health Care | 80% – no deductible; $5,000 maximum per plan year. | 70% – no deductible; $5,000 maximum per plan year. |
| Allergy Treatments | 80% after deductible - treatment; 80% – no deductible - testing | 70% after deductible - treatment; 70% – no deductible - testing |
| Immediate/Urgent Care Services | 80% after deductible | 70% after deductible |

| DEDUCTIBLES | | |
|---|---|---|
| Individual | $250 * | $500 |
| Family | $500 * | $1,000 |

| STOP LOSS | | |
|---|---|---|
| Individual | $1,250 | $2,500 |
| Family | $2,500 | $5,000 |

| PRESCRIPTION SERVICES | Express Scripts - Value RX Network | |
|---|---|---|
| Generic | $7 | |
| Select Brand Name/Formulary | $12 | |
| Non-select Brand Name | $25 | |
| Mail Order | Generic -- $5 Brand Name -- $7 | |

| CONTRIBUTIONS | | | |
|---|---|---|---|
| Individual | no contributions | | |
| Family | | | |

* $250 increases to $350 equally over 5 years/ $500 increases to $700 equally over 5 years

DTP012203

## DENTAL/VISION

| DENTAL | |
|---|---|
| Coverage A: Diagnostic, Preventive, Palliative | 100% -- no deductible |
| Coverage B: Restorative, Periodontics, Endodontics, Oral Surgery | 80% after deductible |
| Coverage C: Prosthetics | 50% after deductible |
| Coverage D: Orthodontics | 50% after deductible |
| **DEDUCTIBLES** | |
| Individual | $50 |
| Family | $50 per person up to four (4) people |
| **LIFETIME MAXIMUMS** | |
| Individual | $1,250 |
| Family | $5,000 |
| Orthodontic | $1000 per person |
| TMJ | $1000 per person |

| VISION | |
|---|---|
| Complete Exam | $35 |
| Frames | $28 |
| Lenses: | |
| single | $30 |
| bifocal | $40 |
| trifocal | $50 |
| contact | $30 |
| contact (medically prescribed) | N/A |
| Exams and lenses are once per two calendar years. Frames are limited to one pair every two calendar years unless doctor certifies that new frames are required due to a new prescription. | All services are limited to once every two calendar years. |

| Dental/Vision Employee Contribution | |
|---|---|
| Individual | |
| Family | |

\* Dental/Vision Coverage becomes available after one year of employment.

| EMPLOYEE LIFE INSURANCE | |
|---|---|
| Coverage while actively working | $15,000 |

| OPTIONAL DEPENDENT LIFE | |
|---|---|

| Amount of Coverage | Employee Cost |
|---|---|
| $5,000 per eligible dependent | $2.00 |
| $10,000 per eligible dependent | $4.00 |

| A & S Weekly Disability Benefit | |
|---|---|
| 1st of month following gaining seniority | $125/week for 26 weeks over a consecutive 18 month period |
| 1st of 13th month following seniority date | $250/week for 26 weeks over a consecutive 18 month period |

DTP012205

## *Amended 3rd Page of Economic Highlights*

New Hire Agreement Insurance:

    Attached Health Care Plan

    PPO plans with progression on deductibles and stop losses. HMO will also be an option for all new hires.

Boiler Room Fireman effective first full pay after 3/12/01 $.50 per on call hour.

Utility wage rate will be increased by $.49 per hour effective first full pay after 3/12/01.

Cancer Benefit for Eligible Active Employees will be extended until 3/12/2006

Retention Bonus will be extended until 3/12/2006

DTP012206