UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLARD L. SLOAN, EUGENE J.
WINNINGHAM, and JAMES L. KELLEY,
on behalf of themselves and a similarly
situated class,

                Plaintiffs,

v.

BORGWARNER, INC., BORGWARNER
FLEXIBLE BENEFITS PLANS and
BORGWARNER DIVERSIFIED
TRANSMISSION PRODUCTS, INC.,

                Defendants.

Case No. 09-cv-10918
Hon. Paul D. Borman
Magistrate Mona K. Majzoub

**Class Action**

# EXHIBIT 10

# TO

# PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY

### Excerpts from the "Agreement on Insurance's and Pensions"
11/28/00   (Contract effective 3/12/2001)

**Health Insurance:**

Agreed to provide CIGNA information online as soon as it is available.

Effective April 1, 2001 agreed to eliminate age restrictions on cosmetic surgery.

> *This should be handled like the "Salaried Plan language" per George Turczynowsky & given to the Union:*
>
> Resolution to the item during the 2000 Health Insurance Agreement Negotiations dealing with the subject of *Corrective Cosmetic Surgery.*
>
> Under the current Health Insurance Agreement (see page 46 of the 3/12/1995 Booklet {latest printed}, SECTION II, 3. Corrective Cosmetic Surgery, SUBSECTION (a.) limited the benefit for Corrective Cosmetic Surgery as follows:
>
> "......
> a.   congenital anomalies while the individual is less than 12 years of age unless medical necessity for delaying the procedure is clearly established; or
> b.   conditions resulting from accidental injuries or traumatic scars."
>
> ***The new language to replace it (from the current Salaried Group Insurance Booklet page 33) would read:***
>
> 3.   *Cosmetic Surgery: A benefit will be paid pursuant to the provisions of Exhibit A, Section II C 2 above, for cosmetic surgical procedures provided the surgery is for the correction of:*
>
> **Cosmetic Surgery (Benefits will be paid for reconstructive surgery when Medically Necessary to correct a deformity resulting from or directly related to a congenital anomaly, or when performed to correct a serious disfiguring condition resulting from either accidental injury or surgery.)**

Effective April 1, 2001 agreed to increase lifetime maximum mental health outpatient visits to 60.

> *Was 40 before!*

Effective April 1, 2001 agreed to increase Major Medical Lifetime maximum to $1.2 million

> *This was $1.0 million before!*



EXHIBIT 63

**Increase Deductibles/Stop Losses 5%/year beginning in 2003**

|  | Deductible - Individual | Deductible - Employee & Spouse | Deductible - Family (3 people) | Stop-Loss - Individual | Stop-Loss - Family |
|---|---|---|---|---|---|
| 2000 | $185 | $369 | $554 | $886 | $1,773 |
| 2001 | $194 | $388 | $582 | $931 | $1,862 |
| 2002 | $204 | $407 | $611 | $977 | $1,955 |
| 2003 | $214 | $428 | $641 | $1,026 | $2,052 |
| 2004 | $224 | $449 | $673 | $1,078 | $2,155 |
| 2005 | $236 | $471 | $707 | $1,131 | $2,263 |

A *New* PPO plan will be applicable for *New Hires* (basically similar to current Salaried PPO Plan, but different Deductibles & Stop-Loss amounts. It also features progression on deductibles and stop losses. Will send details later.

There are also changes to the Life & AD&D for Active employees over the term of the five year Agreement.