UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLARD L. SLOAN, EUGENE J.
WINNINGHAM, and JAMES L. KELLEY,
on behalf of themselves and a similarly
situated class,

                Plaintiffs,

v.

BORGWARNER, INC., BORGWARNER
FLEXIBLE BENEFITS PLANS and
BORGWARNER DIVERSIFIED
TRANSMISSION PRODUCTS, INC.,

                Defendants.

Case No. 09-cv-10918
Hon. Paul D. Borman
Magistrate Mona K. Majzoub

**Class Action**

_____/

# EXHIBIT 14

# TO

# PLAINTIFFS' MOTION
# FOR SUMMARY JUDGMENT
# AS TO LIABILITY



# UAW LOCAL 287

# TENTATIVE AGREEMENT OF THE 2005 NEGOTIATIONS

DTP012987

# TENTATIVE AGREEMENT REACHED
# APRIL 8, 2005

- **FOUR YEAR AGREEMENT**

- **TRANSFER CASE BUSINESS COMMITMENT**

| New: | Current and New: | Current: |
|---|---|---|
| - GM 361/371 (TRAILBLAZER & ENVOY) | - NAVIGATOR | - GM H3 |
| | - EXPEDITION | - GM H2 |
| | - F150 | - GM 800 |
| | - HARLEY | - SSANGYONG |
| | - EXPLORER | - RANGER |
| | - SAVANNAH VAN | |
| | - EXPRESS VAN | |

- **GRACE PERIOD TO RETIRE WITH CURRENT BENEFITS**
    - If you are eligible to retire now through May 1, 2006, you can leave with the benefits under the 2000 contract.

- **FLUME SYSTEM MAINTENANCE PROGRAM**
    - Contract language to ensure proper maintenance and cleaning of the flume systems to ensure a safe environment for employees including proper training, cleaning, and employee involvement.

- **GROUP LEADERS**
    - Production Group Leader positions will be created and paid $0.70 per hour more. Jobs posted in the group. Selected based on test, interview, seniority, attendance, and discipline record. Interview team includes hourly reps. Score stays on file for one year.

DTP012988

- **OWNER OPERATOR DUTIES**
  - New Language: "The Company has expressed the need to utilize the owner operator concept more efficiently. It is agreed that the owner operator occupation may perform work performed by Non-production D & E within the department when faced with an adverse effect on production. Further, it is not the intent of the Company to utilize the owner operator occupation to perform these functions on a full time basis."

- **DISABILITY PLACEMENTS**
  - New Language: "During the 2005 discussions the Company expressed great concern with the administration of this section of the agreement. Both parties agreed that the Company currently has the ability to manage this issue more diligently to insure that the language is not misused. Ultimately the Company is committed to abide by the rights of all employees under the Americans with Disabilities Act, and to make reasonable efforts to accommodate disabled or restricted employees. However, the Company is under no obligation to create jobs or to artificially inflate the employment levels of the plant to accommodate such employees. While the language below does not change, the Company is committed to administering the language to its original intent.

- **ECONOMICS**
  - Seniority Employees: Wage rates frozen at current level including COLA. Current COLA balance of $0.08 will roll into your wages 3/1/06. Retiree balance frozen at $0.37 and paid each year.
  - New hire wages (pay increases @ $0.50 increments every 12 months):
    Production: start at $15 increasing to $17
    Non-Production: start at $13 increasing to $15
    Skilled Trades: start at $20.46 increasing to $22.46 (can still earn $1.50 above top rate)
  - Year End Bonus and Profit Sharing Bonus: removed but may be replaced with a Gainsharing plan. Union has input on replacement plan measurables. Year End Bonus earnings accrued up to date of ratification to be paid no later than July 2005.
  - Retention Bonus: up to $5,000 for staying up to age 65. Those currently over $5,000 keep what they have earned. Those that leave early don't get 50%.
  - Overtime:
    - Time and one-half for hours worked over 40 in a week.
    - Holidays, Vacation, Bereavement, Temporary Layoff, Vendor Shortage/Quality Issue, Acts of Nature, Jury Duty, Pallbearer, Short Term Military Duty, and Union Business are all non-worked hours that will count toward getting your 40 hours.
    - Sundays and Holidays remain at double time.

DTP012989

- **INSURANCE/BENEFITS:**
  **ACTIVE EMPLOYEES & FUTURE RETIREES** (currently active and retire during the term of the new labor agreement)

  - **RETAIN CURRENT BENEFIT LEVELS FOR:**
    - LIFE INSURANCE (AD&D)
    - RETIREE LIFE INSURANCE
    - DEPENDENT LIFE INSURANCE
    - TRANSITION & BRIDGE BENEFITS
    - EXTENDED DISABILITY BENEFITS
    - DENTAL
    - VISION
    - CANCER POLICY
    - PENSION
    - RETIREE/SURVIVOR BONUS
    - 401K (RSP) PLAN
    - LOCAL 287 RSP PLAN
    - Etc.

  - **A&S (sick leave) BENEFITS**
    - $355 per week for 33 weeks
    - TPD applicants up to 52 weeks
    - Those currently on leave not affected

  - **INSURANCE FOR LAYOFFS (SUB)**
    - Same coverage/eligibility for up to 6 months
    - Those currently laid off not affected

  - Medicare Part D: New language added to protect current level of prescription benefits for current and future retirees.

DTP012990

- **HEALTH INSURANCE – Three plan options available effective 7/1/05** (benefit level summary attached)
  - PPO: Cigna Nationwide Network (Contribution lower for retirees)
  - HMO: M-Plan (active only)
  - HRA: Health Reimbursement Account (no weekly contribution with this option)

The Company must keep 3 health care options, the same or equivalent to these.

HRA is a new kind of insurance plan that loads the deductible up front, shared by the Company and the Employee. For single coverage, the company pays the first $500 single/$1000 family spent, the employee pays the second $1000 single/$2000 family spent and any $ spent beyond that falls into a 80/20 plan up to a $3000 single/$6000 family out of pocket max (company $ spent counts toward total OOP), then coverage is 100%. There is a separate fund of $250 per family member for preventive care. If you don't use all of the $500/$1000 company portion it rolls over into next year's $ to use.

There will be an open enrollment period and information meetings to explain each plan and give everyone time to pick which one is best for them. If you do not choose a plan you will default into the PPO plan.

Your current PPO deductible balance will be applied to the new PPO so you don't have to start over. In the family coverage of the PPO, individuals can meet a single deductible.

Most every doctor in the Cardinal PPO is already in the Cigna PPO.
If your in-network doctor is not in the Cigna PPO you will be given until 1/1/06 to find one without penalty and you can complete treatment of your current illness at in-network rates.

The Cardinal PPO will be maintained for current retirees.

Laid off employees don't switch plans until recalled.

Other than the highlighted changes, the details and provisions of the Health Insurance Agreement (the "Plan") will govern all coverages or exclusion provisions.

DTP012991

- **PRESCRIPTIONS – BW Family Pharmacy or Express Script** (benefit level summary attached)
  - 3 tier program: Generic, Brand Name (Formulary), and Non-Select Brand Name (Non-Formulary)
  - Co-pay levels encourage using generic and the pharmacy
  - Co-pay levels for retirees fixed and not subject to the 10% increases in the agreement
  - Medically Necessary (DAW) Non-Formulary drugs covered at Formulary rate. If coverage is disputed, you can appeal it.

Annual plan increases (up to 10%) are based on prior experience and industry trends.
The annual major medical increase of up to 10% can affect stop loss or deductible but cannot be more than a maximum of 10% total out of pocket.
The total out of pocket includes stop loss, deductible, and contribution.
The underlying plan will not be changed from the agreed to 80/20 plan.
Employee contributions are frozen for the duration of the agreement.
If the script is less than the co-pay the employee pays the lesser amount.

DTP012992

## ar One (07/01/05 through 12/31/06)

| | PPO | | HMO | HRA | |
| --- | --- | --- | --- | --- | --- |
| | In Network | Out of Network | | In Network | Out of Network |
| EDUCTIBLES | | | | | |
| dual | $400 | $500 | None | $1,500 | $3,000 |
| ly | $800 | $1,000 | None | $3,000 | $6,000 |
| STOP LOSS | | | | | |
| idual | $1,500 | $3,000 | None | $1,500 | $3,000 |
| ly | $3,000 | $6,000 | None | $3,000 | $6,000 |
| TRIBUTION-monthly-applies to total out of pocket | | | | | |
| dual | $30 | | $ 175.00 | $ - | $ - |
| ily | $75 for Active; $50 for Retiree | | $ 245.00 | $ - | $ - |
| RESCRIPTION RVICES (applies PPO/HMO/HRA) | Express Scripts | BorgWarner Family Pharmacy | | | |
| eric | $15 | $12 | | | |
| ct Brand e/Formulary | $30 | $20 | | | |
| -select Brand e | $40 | $30 | | | |
| Order/90-Day | Generic - $30<br>Formulary - $60<br>Non-Formulary - $80 | Generic - $24<br>Formulary - $40<br>Non-Formulary - $60 | | | |

## ar Two (1/1/07 through 12/31/07)

| | PPO | | HMO | HRA | |
| --- | --- | --- | --- | --- | --- |
| | In Network | Out of Network | | In Network | Out of Network |
| DUCTIBLES - can increase up to 10%* | | | | | |
| vidual | + up to 10% from previous year | + up to 10% from previous year | None | + up to 10% from previous year | + up to 10% from previous year |
| nily | + up to 10% from previous year | + up to 10% from previous year | None | + up to 10% from previous year | + up to 10% from previous year |
| OP LOSS - can increase up to 10%* | | | | | |
| ividual | + up to 10% from previous year | + up to 10% from previous year | None | + up to 10% from previous year | + up to 10% from previous year |
| nily | + up to 10% from previous year | + up to 10% from previous year | None | + up to 10% from previous year | + up to 10% from previous year |
| NTRIBUTION - monthly-applies to total out of pocket-not subject to 10% increase | | | | | |
| ividual | $30 | | $ 175.00 | $ - | $ - |
| nily | $75 for Active; $50 for Retiree | | $ 245.00 | $ - | $ - |
| tal Out of Pocket increase cannot be more than 10% | | | | | |
| PRESCRIPTION ERVICES (applies PPO/HMO/HRA) | Express Scripts | BorgWarner Family Pharmacy | | | |
| neric | $20 | $15 | | | |
| lect Brand me/Formulary | $45 | $35 | | | |
| n-select Brand me | $60 | $50 | | | |
| il Order/90-Day | Generic - $40<br>Formulary - $90<br>Non-Formulary - $120 | Generic - $30<br>Formulary - $70<br>NonFormulary - $100 | | | |

e combination of increase in deductible and stop loss cannot be more than 10%

DTP012993

## ar Three (1/1/08 through 12/31/08)

| | PPO | | HMO | HRA | |
|---|---|---|---|---|---|
| | In Network | Out of Network | | In Network | Out of Network |
| UCTIBLES - can increase up to 10%* | | | | | |
| idual | + up to 10% from previous year | + up to 10% from previous year | None | + up to 10% from previous year | + up to 10% from previous year |
| ily | + up to 10% from previous year | + up to 10% from previous year | None | + up to 10% from previous year | + up to 10% from previous year |
| P LOSS - can increase up to 10%* | | | | | |
| idual | + up to 10% from previous year | + up to 10% from previous year | None | + up to 10% from previous year | + up to 10% from previous year |
| ily | + up to 10% from previous year | + up to 10% from previous year | None | + up to 10% from previous year | + up to 10% from previous year |
| NTRIBUTION - monthly-applies to total out of pocket-not subject to 10% increase | | | | | |
| idual | $30 | | $ 175.00 | $ - | $ - |
| ily | $75 for Active; $50 for Retiree | | $ 245.00 | $ - | $ - |
| tal Out of Pocket increase cannot be more than 10% | | | | | |
| | | | | | |
| RESCRIPTION RVICES (applies PPO/HMO/HRA) | Express Scripts | BorgWarner Family Pharmacy | | | |
| eric* | + up to 10% from previous year | + up to 10% from previous year | | | |
| ct Brand ne/Formulary* | + up to 10% from previous year | + up to 10% from previous year | | | |
| -select Brand ne* | + up to 10% from previous year | + up to 10% from previous year | | | |
| Order/90-Day | + up to 10% from previous year | + up to 10% from previous year | | | |
| tal Co-pay increase cannot be more than 10% | | | | | |

combination of increase in deductible and stop loss cannot be more than 10%

## ar Four (1/1/09 through 4/1/09)

| | PPO | | HMO | HRA | |
|---|---|---|---|---|---|
| | In Network | Out of Network | | In Network | Out of Network |
| UCTIBLES - can increase up to 10%* | | | | | |
| vidual | + up to 10% from previous year | + up to 10% from previous year | None | + up to 10% from previous year | + up to 10% from previous year |
| ily | + up to 10% from previous year | + up to 10% from previous year | None | + up to 10% from previous year | + up to 10% from previous year |
| P LOSS - can increase up to 10%* | | | | | |
| vidual | + up to 10% from previous year | + up to 10% from previous year | None | + up to 10% from previous year | + up to 10% from previous year |
| ily | + up to 10% from previous year | + up to 10% from previous year | None | + up to 10% from previous year | + up to 10% from previous year |
| NTRIBUTION - monthly-applies to total out of pocket-not subject to 10% increase | | | | | |
| vidual | $30 | | $ 175.00 | $ - | $ - |
| ily | $75 for Active; $50 for Retiree | | $ 245.00 | $ - | $ - |
| tal Out of Pocket increase cannot be more than 10% | | | | | |
| | | | | | |
| RESCRIPTION RVICES (applies PPO/HMO/HRA) | Express Scripts | BorgWarner Family Pharmacy | | | |
| eric* | + up to 10% from previous year | + up to 10% from previous year | | | |
| ct Brand ne/Formulary* | + up to 10% from previous year | + up to 10% from previous year | | | |
| -select Brand ne* | + up to 10% from previous year | + up to 10% from previous year | | | |
| Order/90-Day | + up to 10% from previous year | + up to 10% from previous year | | | |
| tal Co-pay increase cannot be more than 10% | | | | | |

combination of increase in deductible and stop loss cannot be more than 10%

DTP012994

## Levels of Coverage for All Plan Options for term of the Agreement

| SERVICE PROVIDED | PPO In Network - CIGNA | PPO Out of Network | HMO M-Plan | HRA In Network - CIGNA | HRA Out of Network |
|---|---|---|---|---|---|
| Inpatient Services | 80% -- no deductible | 70% -- no deductible | 100% | 80% after deductible | 70% after deductible |
| Outpatient Surgery/Xray/Lab | 80% -- no deductible | 70% -- no deductible | 100% | 80% after deductible | 70% after deductible |
| Outpatient Surgery | 80% -- no deductible | 70% -- no deductible | 100% | 80% after deductible | 70% after deductible |
| Primary Care Physician - Office Visit | 80% after deductible | 70% after deductible | $10 Co-pay | 80% after deductible | 70% after deductible |
| Preventive Care - Pap Test, Mammogram, Prostate Exam, Immunizations | 80% no deductible | 70% after deductible | $10 Co-pay | 100% up to $250 per person per year (no roll over) | Not Covered |
| Other Physician - Office Visit | 80% after deductible | 70% after deductible | $10 Co-pay | 80% after deductible | 70% after deductible |
| Outpatient Mental Health Services | 80% after deductible; 20 visits per year and; 40 visits per lifetime. | 70% after deductible; 20 visits per year and; 40 visits per lifetime. | $10 per visit (Max of 60 combined in/out patient days/visits per year) | 80% after deductible; 20 visits per year and; 40 visits per lifetime. | 70% after deductible; 20 visits per year and; 40 visits per lifetime. |
| Inpatient Mental Health Services | 80% no deductible; 30 visits per year and; 60 visits per lifetime. | 70% no deductible; 30 visits per year and; 60 visits per lifetime. | 100% (Max of 60 combined in/out patient days/visits per year) | 80% after deductible; 30 visits per year and; 60 visits per lifetime. | 70% after deductible; 30 visits per year and; 60 visits per lifetime. |
| Outpatient Substance Abuse Services | Included in Mental Health Services | Included in Mental Health Services | $25 per visit for individual sessions; $15 per visit for group sessions (Max of 40 visits per year) | Included in Mental Health Services | Included in Mental Health Services |
| Inpatient Substance Abuse Services | Included in Mental Health Services | Included in Mental Health Services | 100% (Max of 20 inpatient days per year) | Included in Mental Health Services | Included in Mental Health Services |
| Emergency Accident Services | 80% after deductible | 80% after deductible if emergency; 70% if non emergency | $25 Co-pay per visit -- waived if admitted | 80% after deductible | 80% after deductible if emergency; 70% if non emergency |
| Chiropractic and Podiatry | 80% after deductible; Chiropractor limited to $500 per plan year | 70% after deductible; Chiropractor limited to $500 per plan year | Podiatry ONLY -- if medically necessary | 80% after deductible; Chiropractor limited to $500 per plan year | 70% after deductible; Chiropractor limited to $500 per plan year |
| Hospice and Skilled Nursing | 80% after deductible | 70% after deductible | 100% in semi-private rooms for up to 60 days per year. | 80% after deductible | 70% after deductible |
| Medical Equipment and Prosthetic Devices | 80% after deductible | 70% after deductible | 100% -- HMO has the authority to determine where purchased | 80% after deductible | 70% after deductible |
| Ambulance | 80% after deductible | 70% after deductible | 20% co-pay for cost of ambulance | 80% after deductible | 70% after deductible |
| Physical & Occupational Therapy | 80% after deductible | 70% after deductible | $10 Co-pay | 80% after deductible | 70% after deductible |
| Home Health Care | 80% -- no deductible | 70% -- no deductible | 100% - Limited to 60 days per year | 80% after deductible | 70% after deductible |
| Allergy Treatments | 80% after deductible - treatment; 80% -- no deductible - testing | 70% after deductible - treatment; 70% -- no deductible - testing | $10 per visit for testing and treatment $5 per visit for serum | 80% after deductible | 70% after deductible |
| Immediate/Urgent Care Services | 80% after deductible | 70% after deductible | $10 Co-pay | 80% after deductible | 70% after deductible |

DTP012995

## NEW BUSINESS INTRODUCTIONS

| APPLICATION | CURRENT PLATFORM # | NEW PLATFORM # | CURRENT PART # | NEW PART # | VOLUME* |
|---|---|---|---|---|---|
| Expedition | 222 | 222 | 4416 | 4416 | 105,600 |
| Navigator | 228 | 354 | 4416 | 4416 | for both |
| Hyundai Starex | A1 | | 4402 | discontinued | 3,000 |
| Hyundai Van | A1 | | 4402 | local to Korea | for both |
| Savannah & Express Vans | 610 | 610 | 4473 | 4473 | 10,000 |
| Trailblazer & Envoy | | 361/371 | | 4495/4496 | 247,000 |
| SsangYong Musso/Korando | Family | | 4408 | discontinued | 70,000 |
| Explorer | 152 | 251 | 4411 | 4412 | 237,000 |
| F150 | 221 | 415/416 | 4406 | 441* | 377,000 |
| Harley (F150) | 221 | 415/416 | 4406 | 441* | 3,000 |
| Hummer | H2 | H2 | 4484 | 4484 | 25,000 |
| Baby Hummer | H3 | H3 | 4493/4494 | 4493/4494 | 105,000 |
| Escalade (GM 800) | 800 | | 4481 | discontinued | 100,000 |
| Escalade (GM 900) | | 900 | 4481 | 4485 | 100,000 |
| Ranger | 150 | | 1354 | outside timeline | 58,300 |

*To clarify, the program volumes listed are as of the date of this letter and can be changed, lowered or raised, at the discretion of the customer.

DTP012996



New Business Introductions...

DTP012997

BorgWarner
Diversified
Transmission
Products
Inc.

Muncie
Plant

5401
Kilgore
Avenue

Muncie
Indiana
47304

Telephone
765 288 8100
Fax
765 288 8838

**BorgWarner**

April 12, 2005

Jeff Fallis
Chairman, Negotiating Committee
UAW, Local 287

Dear Jeff:

Contingent upon agreement to terms for a new labor agreement, recommended by the Negotiating Committee, ratified by the bargaining unit and International UAW, and approved by the Company, the Company makes the following commitment:

1. The commitment outlined herein is for the duration of the new labor agreement and subject to the terms of that agreement.
2. Investments will be made to the Muncie Plant for the assembly of new and assembly/component manufacturing of continuing transfer cases related to the following projects (see attached charts):
   - GM purchase order for GMT361/371 dated September 9, 2004;
   - GM 610 replacement platform;
   - Ford purchase letter for Ford 222/354 dated January 5, 2005;
   - Ford target letter for Ford P415/416 dated January 28, 2005; and
   - Ford 251 replacement platform (project award pending pricing issue resolution)

Based on the programs listed above the total volume of the platforms, regardless of volume changes, will be placed in Muncie. This will be placed and remain in Muncie as long as it goes in the vehicle (ex: change in part number, P.O. date, or design will not pull the program out of Muncie). If produced by BorgWarner, the above will be produced by the Muncie Plant.

Sincerely,

Doug Owenby
VP, Operations
Muncie, DTP

Agreed,

Cynthia Niekamp
President
Muncie, DTP

DTP012998