UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLARD L. SLOAN, EUGENE J.
WINNINGHAM, and JAMES L. KELLEY,
on behalf of themselves and a similarly
situated class,

|  |  |
|---|---|
|  | Case No. 09-cv-10918 |
|  | Hon. Paul D. Borman |
| Plaintiffs, | Magistrate Mona K. Majzoub |

v.                                                              **Class Action**

BORGWARNER, INC., BORGWARNER
FLEXIBLE BENEFITS PLANS and
BORGWARNER DIVERSIFIED
TRANSMISSION PRODUCTS, INC.,

Defendants.

_____/

# EXHIBIT 26

## TO

# PLAINTIFFS' MOTION
# FOR SUMMARY JUDGMENT
# AS TO LIABILITY

RECEIVED

FEB 1 5 1989

Group Insurance Dept.

**BorgWarner**
**Automotive**

ATTENTION: *George Turczynowsky*

DATE: *2/14/89*

FROM: *R. A. Nuerge  BWA - TS*

TIME SENT: _____

FACSIMILE NUMBER: *312 - 322 - 8509*

SUBJECT: *Retiree bro. Cire that Shows*
*Retiree Life after age 65 - Hourly*
*--- Also  HRLY + SAL. HLTH PLAN COMP.*

NUMBER OF PAGES SENT (including cover sheet): *4*

If you have difficulty receiving this telecopy, please
call (317) 286-6547.

EXHIBIT

55

DTP004372

## PENSION INFORMATION
(Refer to Booklet for Details)

### ADDRESS CHANGES

After retirement, keep the pension and insurance department advised at all times of any change of address. If you want your address changed with the Trust Company at Chicago, please advise us first so our records will be up-to-date.

### PAYMENTS TO BANK

If you want your pension sent directly to your bank, we have forms that you must have completed at your bank and returned to the pension department.

### TAXES (FEDERAL INCOME TAXES ONLY)

You can have taxes deducted from your pension by filing a W-4P Federal Income Tax Withholding form at the pension department. If you do not have taxes deducted from your pension, you must file quarterly. This is a voluntary request and is not based upon exemptions as you had when you were working. You set the amount. You can increase or decrease your tax deduction at any time by coming to the pension department and make out new tax forms requesting the change. This does not generally apply to Total and Permanent Disability Retirement.

### SURVIVOR OPTION--NORMAL RETIREMENT, EARLY RETIREMENT, SPECIAL EARLY RETIREMENT

At the time of your retirement, you may take a Survivor Option for your spouse, and in the event of your death, a benefit is paid to him or her for the rest of the spouses lifetime, along with company paid insurance. However, if your spouse should remarry, the Survivor Benefit would be paid but the insurance would be cancelled.

Your Survivor Option deduction can be restored if your spouse precedes you in death or there is a dissolution of marriage. This was explained to you at the time of your retirement, and is covered in the pension booklet.

If you do not elect a Survivor Option at the time of your retirement, it will not be available to you at any other time.

### SURVIVOR OPTION--TOTAL & PERMANENT DISABILITY RETIREMENT

If you retire on Total & Permanent Disability Retirement, you have 30 years of credited service or if you are age 55 with less than 30 years of credited service, you can elect a Survivor Option at the time of your retirement.

If you retire on Total & Permanent Disability Retirement and have less than 30 years, you cannot elect a Survivor Option until you reach age 55.

### EARNINGS LIMIT

If you are receiving a Supplement to your pension other than a lifetime or Age/Service Supplement, you will be under an earnings limit. This limit will be the same limit as set by Social Security and at the present time it is $5,400 per year. If the limit is changed by Social Security, we will automatically change our limit. It is advisable to check each year with the pension department or Social Security to see if there has been a change.

You will be sent a "Statement of Earnings" form each year to be completed and returned to Warner Gear, without taxes. If you exceed the earnings limit, you will have to pay a penalty of $2 for each $1 you exceed the limit. However, if you do have outside earnings and know you will exceed the earnings limit, you can have your Supplement stopped at any time prior to exceeding the limit and have it restored the first of the coming year. The requests must be in writing 30 days prior to the cancellation and reinstatement.

The above information regarding the earnings limit was explained to you at the time of your retirement and sample copies of the forms are given to you.

### DISABILITY SOCIAL SECURITY (EARLY RETIREMENT)

If you retired under Early Retirement with a Regular or Interim Supplement and become totally and permanently   disabled and apply for Disability Social Security and it is granted to you, contact a member of your Pension Board or the pension department immediately. An adjustment must be made to your Supplement retroactive to the date of entitlement of Social Security.

### UNION DUES

You can sign to have $1 Union Dues deducted any month if you did not sign at the time of your retirement. However, if you wish to stop the deduction, it can only be done at the end of the year to be effective January 1.

### MONTHLY PENSION CHECKS

You will receive your pension checks between the first and tenth of the month. If you do not receive your check by the eleventh of the month, advise the pension department and a stop-payment order can be placed against the check and replacement check can be issued to you.

If your check is lost or stolen, contact the pension department as we have affidavits for you to sign so a replacement check can be issued to you.

### PENSION BOARD

The Pension Board is comprised of three Union members and three Company members and the Pension Board meetings are held the second Tuesday of each month.

Any request for changes regarding your pension must be made no later than the last day of the month preceding the Pension Board meeting.

Do not contact the Trust Company or Borg-Warner Corporation at Chicago, as no changes can be made to your pension unless authorized by the Warner Gear Pension Board, other than changes of address.

### INSURANCE INFORMATION

### LIFE INSURANCE

Life insurance remains the same until age 65, then it is reduced over a three-year period as follows:

| 10 YEARS TO 20 YEARS | | 20 YEARS OR MORE | |
|---|---|---|---|
| 1st Year | $4,200 | 1st Year | $5,400 |
| 2nd Year | 3,600 | 2nd Year | 4,800 |
| 3rd Year | 3,000 | 3rd Year | 4,200 |

DTP004373

## DEPENDENT LIFE INSURANCE

Dependent Life Insurance is available for active employees only. When you retire, this benefit is no longer available to you. However, if you wish to continue this coverage, you can convert the Life Insurance to Ordinary Life Insurance with Equitable, so long as coverage was in effect at the time you retired. See the insurance department if you are interested in converting.

## HEALTH INSURANCE

Hospital, medical, surgery, diagnostic, and prescription drug remains the same until age 65 when you will be eligible for Medicare. You will continue to have the group insurance, however, the Medicare payments will be deducted from our normal allowance. Therefore, all claims must be filed with medicare first. Send all Medicare "Explanation of Medicare Benefits" forms to the insurance department, as Medicare will only notify you of any payment, not Warner Gear. Itemized bills are required also. (Automatic integration with Medicare, eff. 7/1/83).

After retirement you will no longer be eligible for dental coverage.

The entire cost of your insurance is paid by the company.

## DEPENDENTS AND BENEFICIARIES

At the time of your application or before you retire, you should verify the number of dependents covered under the Group Health Insurance and make sure the beneficiary designation on your Life Insurance is correct.

## PRESCRIPTION DRUGS

If you are planning on moving to another state or are planning on leaving for the winter or are traveling, we can supply you with the names of drug stores in the area you are going to, that are members of PCS. Deductible for retirees will be $2.00.

## HEALTH INSURANCE WITH SURVIVOR OPTION

If a Survivor Option is elected and your spouse becomes eligible to receive a survivor benefit, health insurance is in effect for the rest of the spouse's lifetime as long as he or she does not marry. The Company pays the premium. In the case of remarriage, the health insurance is cancelled.

## HEALTH INSURANCE WITHOUT SURVIVOR OPTION

If a survivor option is not elected, your spouse can elect to keep the health insurance but must pay the premium. In the event of remarriage, the insurance is no longer available to him or her.

## INSURANCE CLAIMS

If you have an insurance claim, it is not necessary for you to come to the insurance office to file the claim. It can be mailed to the office. If you wish to call the insurance office, the phone number is 286-6456. If you need insurance forms or direct reimbursement forms for drugs, if you call, we will mail them to you.

Please Note—Office hours for the insurance and pension department are:

Open on Mondays and Fridays, 7:30 a.m. to 4:30 p.m.
Closed Tuesday, Wednesday and Thursday.
Closed for lunch, 11:45 - 12:45, Monday and Friday.

# Warner Gear

# RETIREMENT

(GENERAL SUMMARY OF OFTEN ASKED
OR EMPHASIZED ITEMS COVERED WITH
EMPLOYEES UPON APPLICATION FOR
RETIREMENT

DTP004374

Covering employees in the bargaining Unit represented
by the International Union, United Automobile,
Aerospace and Agricultural Implement Workers
of America (UAW) and its Local 287

# Warner Gear

Divison of Borg-Warner Corporation

## HEALTH CARE COMPARISONS

| INSURANCE FEATURES | HRLY ACTIVE EMPLOYEES CURRENT | SALARIED ACTIVE OPTIONAL | CORE | HRLY RETIREES CURRENT | SALARIED RETIREES OPTIONAL | CORE |
|---|---|---|---|---|---|---|
| STOP-LOSS | $600 INDIV/1200 FAMILY | $1000/2000 | $1370/2740 | { <65=$300/600<br>{ >65=$175/350 | $1000/2000 | $1370/2740 |
| DEDUCTIBLE | $125 PER PERSON | $200/400 | $350/700 | $125 PER PERSON | $200/400 | $350/700 |
| IN-PATIENT HOSPITAL | 90% OF U&C | 80% OF U&C | 80% | 90% | 80% | 80% |
| OUT-PATIENT SURG/LAB/X-RAY | 100% OF U&C | 100% | 80% | 100% | 100% | 80% |
| MISCELLANEOUS (MAJOR MEDICAL)* | 80% OF U&C | 80% | 80% | 80% | 80% | 80% |
| PRESCRIPTIONS | $4/2/2 MAIL ORDER | $5 GENERIC/$5+30%/$2 | | { PAST=3/2/2<br>{ FUT.=4/2/2 | $5 GENERIC/$5 +30%/.2 | |
| MANAGED CARE | NO | YES/<65 | YES/<65 | NO | YES/<65 | YES/<65 |
| REQUIRED CONTR. (BASIC HLTH.) | NO | YES | NO | NO | YES | NO |
| SUPPLEMENTAL DENTAL/VISION (HRLY +HEARING) | YES | OPTIONAL | OPTIONAL | VISION ONLY | NO | NO |
| SUPPLEMENTAL CONTR. | NO | YES | YES | NO | N/A | N/A |

* AFTER DEDUCTIBLE IS SATISFIED

1/14/89 ran

DTP004375