UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLARD L. SLOAN, EUGENE J.
WINNINGHAM, and JAMES L. KELLEY,
on behalf of themselves and a similarly
situated class,

                Case No. 09-cv-10918
                Hon. Paul D. Borman

        Plaintiffs,         Magistrate Mona K. Majzoub

v.                                 **Class Action**

BORGWARNER, INC., BORGWARNER
FLEXIBLE BENEFITS PLANS and
BORGWARNER DIVERSIFIED
TRANSMISSION PRODUCTS, INC.,

        Defendants.

_____/

# EXHIBIT 31

# TO

# PLAINTIFFS' MOTION
# FOR SUMMARY JUDGMENT
# AS TO LIABILITY

| Borg-Warner Automotive, Inc. | 200 South Michigan Avenue | Chicago Illinois 60604 | Telephone 312 322 8500 | |
|---|---|---|---|---|

December 18, 1995



**BorgWarner Automotive**

Mr. Donald Dandelske
Vice-President - Client Management
CIGNA Health Care
525 West Monroe
Chicago, Il  60661

*George,*
*This was in*
*follow-up*
*June*

        RE:   Muncie Hourly
                 Policy 15973/72973

Dear Don:

Per today's conversation, attached are 1/1/96 adjustments for stop-loss and deductibles. Also, please note the 4/1/96 changes for A&S, AD&D, T&B and Life Insurance.

Please be sure these are in the CIGNA system. Thanks.

                          Sincerely,

                          George Turczynowsky
                          Director
                          Group Health & Worker's Compensation

GT:pcw
Enclosure

EXHIBIT 66
PENGAD 800-631-6989

DTP010497

## MUNCIE HOURLY HEALTH PLANS 15973/72973 (Effective 1/1/96)

| Insurance Features | Active BR 001 Live In-Area [6] | Active BR 001 Live Out-of-Area [6] | Pre-Medicare BR 65 | Pre-Medicare BR 66 | Medicare BR 70 [3] |
|---|---|---|---|---|---|
| Date of Retirement | -- | -- | Before 12/1/89 | After 12/1/89 | Before 12/1/89 |
| **Stop-Loss** | | | | | |
| a) In-network | $729 ind./1458 fam. | $729 ind/1458 fam. | $300 ind/600 fam. | $600 ind/1200 fam. | $175 ind/350 fam. |
| b) Out-of-network [2] | 1458 ind/2916 fam. | N/A | N/A | N/A | N/A |
| **Deductible** | | | | | |
| a) In-network | $152 ind/456 fam. | $152 ind/456 fam. | $125 person | $200 person | $125 person |
| b) Out-of-network [2] | $304 ind/912 fam. | N/A | N/A | N/A | N/A |
| **In-Patient Hospital** | | | | | |
| a) In-network | 90% | 90% | 90% | 90% | 90% |
| b) Out-of-network [2] | 80% | N/A | N/A | N/A | N/A |
| **Out-Patient/Surg./X-Ray/Lab** | | | | | |
| a) In-network | 100% | 100% | 100% | 100% | 100% |
| b) Out-of-network | 80% | N/A | N/A | N/A | N/A |
| **Misc. Major Medical** | | | | | |
| a) In-network | 80% | 80% | 80% | 80% | 80% |
| b) Out-of-network | 70% | N/A | N/A | N/A | N/A |
| Prescription | Retail $10/5, Mail $4/3 | Retail $10/5, Mail $4/3 | Retail $3/2, Mail* $2 | Retail $7/4, Mail $2 | Retail $4/2, Mail** $2 |
| INTRACORP | Yes | Yes | Yes | Yes | N/A |
| EAP (Gatekeeper) | Yes | Yes | N/A | N/A | N/A |
| Benefits same as those benefits prior to 1/1/93. | Yes | Yes | Yes | Yes | Yes |
| Suppl. Dental/Vision & Hearing | [4] | [4] | Vision only [4] | Vision only [4] | Vision only [4] |
| Primary Care [5] | 90% | N/A | 90% [7] | 90% [7] | N/A |
| Preventive (Wellness) | 100% In-network | N/A | N/A | N/A | N/A |

1) After deductible is satisfied (Misc. M/M = Phys. Therapy/Retiree only, Ambulance/Base, then M/M, Med Supplies, Oxygen, Podiatrist, Priv. Duty Nursing, Chiropractic Benefits, & Office Visits.
2) Out-of-network disincentives apply to MD's, specialists and hospitals not part of Select Circle and/or Muncie PPO.
3) No PPO benefits or disincentives apply to Medicare participants, i.e. BR. 70, 71 or 72.
4) Benefits same as those benefits prior to 1/1/93.
5) After ded.: *Office visits for PCP paid at 90%
   *Primary care/family practitioners, pediatrics, OB/GYN (incentive for in-network only)
   *All other services i.e., X-ray, lab, surgery in PCP office paid at 100%
6) Deductibles/Stop-loss indexed 5%/year through 2002 for in/out-of-network: Rx deductible scheduled increases through 1/1/96.
7) Primary Care Benefit @ 90% ceases when they become eligible for Medicare.

DTP010498

dn95655

MUNCIE HOURLY HEALTH PLANS 15973/72973 (Effective 1/1/96)

| Insurance Features | Medicare BR 071[3] | Medicare BR 072[3] Live In-Area | Pre-Medicare BR 067 Live In-Area | Medicare/Pre-Medicare Live Out-of-Area |
|---|---|---|---|---|
| Date of Retirement | After 12/1/89 | After 1/1/93[6] | After 1/1/93[6] | After 1/1/93[6] |
| **Stop-Loss** | | | | |
| a) In-network | $450 Ind/900 Fam. | $729 Ind/1458 Fam | $729 Ind/1458 Fam 1458 Ind/2916 Fam | ooo |
| b) Out-of-network[2] | N/A | N/A | | |
| **Deductible** | | | | |
| a) In-network | $200 Person | $152 Ind/456 Fam | $152 Ind/456 Fam $304 Ind/912 Fam | ooo |
| b) Out-of-network[2] | N/A | N/A | | |
| **In-Patient Hospital** | | | | |
| a) In-network | 90% | 90% | 90% | ooo |
| b) Out-of-network[2] | N/A | N/A | 80% | |
| **Out-Patient/Surg./X-Ray/Lab** | | | | |
| a) In-network | 100% | 100% | 100% | ooo |
| b) Out-of-network | N/A | N/A | 80% | |
| **Misc. Major Medical** | | | | |
| a) In-network | 80% | 80% | 80% | ooo |
| b) Out-of-network | N/A | N/A | 70% | |
| Prescription | Retail $7/4, Mail $2 | Retail $10/5, Mail $4/3 | Retail $10/5, Mail $4/3 | Retail $7/4, Mail $2 |
| INTRACORP | N/A | N/A | Yes | Yes Pre-Med. |
| EAP (Gatekeeper) | Yes | Yes | Yes | Yes |
| Suppl. Dental/Vision & Hearing | Vision Only[4] | Vision Only[4] | Vision Only[4] | Vision Only[4] |
| Primary Care[5] | N/A | 90% | 90% | N/A |
| Preventive (Wellness) | N/A | 100% | 100% | N/A |

Notes:

ooo   Same deductibles and stop-loss as in-network retirees (out-of-network penalties do not apply)

Prescriptions

\*    $3/2/2 applies to retirees prior to 10/1/86

\*\*   $4/2/2 applies to retirees after 10/1/86 and before 12/1/89

DTP010499

dn95655