UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLARD L. SLOAN, EUGENE J. WINNINGHAM, and JAMES L. KELLEY, | |
| Plaintiffs, | |
| v. | Case 2:09-cv-10918-PDB-MKM |
| BORGWARNER INC., BORGWARNER DIVERSIFIED TRANSMISSION PRODUCTS INC., and BORGWARNER FLEXIBLE BENEFITS PLANS, | U.S. District Judge Paul D. Borman U.S. Magistrate Judge Mona K. Majzoub |
| Defendants. | |

**BORGWARNER'S SUPPLEMENTAL
APPENDIX OF SUMMARY JUDGMENT EXHIBITS
VOLUME 1**

**Exhibit**             **Description**

*Volume 1*

26      Letter from J.E. Reising to Allan Dulaney (Aug. 4, 1989) (DTP004527–DTP004529) (Pls.' Dep. Ex. 111)

27      Letter from Jack Reising to Retirees/Survivors (Sept. 14, 1989) (DTP004639–DTP004642) (Pls.' Dep. Ex. 3)

28      Retirement Checklist (Nov. 1990) (CM000085) (Pls.' Dep. Ex. 10)

29      Memorandum from Laura Hess to Chuck Smith (Oct. 9, 1992) (INTL UAW 001369–INTL UAW 001373) (Champagne Dep. Ex. 20)

30      Response to Comments of Laura Hess (Oct. 13, 1992) (UAW001450–UAW001457) (Champagne Dep. Ex. 21)

31      Letter from Laura Hess to John C. Daffara (Nov. 23, 1992) (DTP007197–DTP007221) (Champagne Dep. Ex. 23)

32      Retirement Checklist for LaRue Cross (June 23, 2005) (BWBF00001074) (Cross Dep. Ex. 4)

33      Deposition of LaRue Cross (Jan. 6, 2012)

| Exhibit | Description |
|---|---|
| 34 | Deposition of Jack Reising (Feb. 8, 2012) |

*Volume 2*

| | |
|---|---|
| 35 | Deposition of Charles G. Smith (Jan. 6, 2012) |
| 36 | Deposition of George Turczynowsky (Nov. 16, 2011) |

Dated: June 14, 2012                                      Respectfully submitted,

                                                                          s/Bobby R. Burchfield
Elisa Angeli Palizzi (P52088)                      Bobby R. Burchfield
(angeli@millercanfield.com)                       (bburchfield@mwe.com)
Miller, Canfield, Paddock and Stone, P.L.C.   Joshua David Rogaczewski
150 West Jefferson, Suite 2500                    (jrogaczewski@mwe.com)
Detroit, Michigan 48226                             McDermott Will & Emery LLP
313.496.7635                                            600 13th Street, Northwest
313.963.6420 fax                                        Washington, D.C. 20005
                                                                202.756.8000
                                                                202.756.8087 fax

*Attorneys for BorgWarner Inc., BorgWarner Diversified Transmission Products Inc., and*
*BorgWarner Flexible Benefits Plans*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2012, I electronically filed the foregoing **BorgWarner's**

**Supplemental Appendix of Summary Judgment Exhibits, Volume 1** with the Clerk of the

Court using the ECF system which will send notification of such filing to all ECF participants.

<u>s/Bobby R. Burchfield</u>
Bobby R. Burchfield
(bburchfield@mwe.com)
McDermott Will & Emery LLP
600 13th Street, Northwest
Washington, D.C. 20005
202.756.8000
202.756.8087 fax