UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLARD L. SLOAN, EUGENE J.
WINNINGHAM, and JAMES L. KELLEY,

    Plaintiffs,

v.

BORGWARNER INC., BORGWARNER
DIVERSIFIED TRANSMISSION
PRODUCTS INC., and BORGWARNER
FLEXIBLE BENEFITS PLANS,

    Defendants.

Case 2:09-cv-10918-PDB-MKM

U.S. District Judge Paul D. Borman

U.S. Magistrate Judge Mona K. Majzoub

**BORGWARNER'S SUPPLEMENTAL
APPENDIX OF SUMMARY JUDGMENT AUTHORITIES**

| Tab | Authority |
|---|---|
| | **Cases** |
| 20 | *Bender v. Newell Window Furnishings, Inc.*, 725 F. Supp. 2d 642 (W.D. Mich. 2010) |
| 21 | *Bender v. Newell Window Furnishings, Inc.*, No. 11-1335, 2012 WL 1537916, at *1 (6th Cir. May 3, 2012) |
| 22 | *Bittinger v. Tecumseh Prods. Co.*, 83 F. Supp. 2d 851 (E.D. Mich. 1998), *aff'd*, 201 F.3d 440 (6th Cir. 1999) |
| 23 | *Cole v. ArvinMeritor, Inc.*, 515 F. Supp. 2d 791 (E.D. Mich. 2006) |
| 24 | *Gilbert v. Doehler–Jarvis, Inc.*, 87 F. Supp. 2d 788 (N.D. Ohio 2000) |
| 25 | *Golden v. Kelsey–Hayes Co. (In re Golden)*, 73 F.3d 648 (6th Cir. 1996) |
| 26 | *Jensen v. SIPCO, Inc.*, 38 F.3d 945 (8th Cir. 1994) |
| 27 | *Linville v. Teamsters Misc. Workers Union, Local 284*, 206 F.3d 648 (6th Cir. 2000) |
| 28 | *McCoy v. Meridian Auto. Sys., Inc.*, 390 F.3d 417 (6th Cir. 2004) |

| Tab | Authority |
|-----|-----------|
| 29  | *Serrano v. Jones & Laughlin Steel Co.*, 790 F.2d 1279 (6th Cir. 1986) |
| 30  | *Smith v. ABS Indus., Inc.*, 890 F.2d 841 (6th Cir. 1989) |
| 31  | *Westfield Ins. Co. v. Tech Dry, Inc.*, 336 F.3d 503 (6th Cir. 2003) |
| 32  | *Wood v. Detroit Diesel Corp.*, 607 F.3d 427 (6th Cir. 2010) |
| 33  | *Yolton v. El Paso Tenn. Pipeline Co.*, 435 F.3d 571 (6th Cir. 2006) |

### Statutes and Rules

| | |
|---|---|
| 34 | Federal Rule of Evidence 401 |
| 35 | Federal Rule of Evidence 402 |

Dated: June 14, 2012                                      Respectfully submitted,

                                                          s/Bobby R. Burchfield
Elisa Angeli Palizzi (P52088)                             Bobby R. Burchfield
(angeli@millercanfield.com)                               (bburchfield@mwe.com)
Miller, Canfield, Paddock and Stone, P.L.C.               Joshua David Rogaczewski
150 West Jefferson, Suite 2500                            (jrogaczewski@mwe.com)
Detroit, Michigan 48226                                   McDermott Will & Emery LLP
313.496.7635                                              600 13th Street, Northwest
313.963.6420 fax                                          Washington, D.C. 20005
                                                          202.756.8000
                                                          202.756.8087 fax

*Attorneys for BorgWarner Inc., BorgWarner Diversified Transmission Products Inc., and BorgWarner Flexible Benefits Plans*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2012, I electronically filed the foregoing **BorgWarner's Supplemental Appendix of Summary Judgment Authorities** with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

s/Bobby R. Burchfield
Bobby R. Burchfield
(bburchfield@mwe.com)
McDermott Will & Emery LLP
600 13th Street, Northwest
Washington, D.C. 20005
202.756.8000
202.756.8087 fax
