UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLARD L. SLOAN, EUGENE J. WINNINGHAM, and JAMES L. KELLEY, <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., BORGWARNER DIVERSIFIED TRANSMISSION PRODUCTS INC., and BORGWARNER FLEXIBLE BENEFITS PLANS, <br><br> Defendants. | Case 2:09-cv-10918-PDB-MKM <br><br> U.S. District Judge Paul D. Borman <br><br> U.S. Magistrate Judge Mona K. Majzoub |

**BORGWARNER'S SECOND SUPPLEMENTAL
APPENDIX OF SUMMARY JUDGMENT AUTHORITIES**

| Tab | Authority |
|---|---|
| | **Cases** |
| 36 | *Harnden v. Jayco, Inc.*, 496 F.3d 579 (6th Cir. 2007) |
| 37 | *Nationwide Life Ins. Co. v. Haddock*, 460 F. App'x 26 (2d Cir. 2012) |
| | **Statutes and Rules** |
| 38 | Federal Rule of Evidence 703 |
| 39 | Federal Rule of Evidence 1006 |
| | **Other Authorities** |
| 40 | 10B Charles Alan Wright et al., *Federal Practice and Procedure* § 2738 (3d ed. 1998 & Supp. 2012) |

Dated: July 12, 2012                                   Respectfully submitted,

                                                                  <u>s/Bobby R. Burchfield</u>

Elisa Angeli Palizzi (P52088)                          Bobby R. Burchfield
(angeli@millercanfield.com)                            (bburchfield@mwe.com)
Miller, Canfield, Paddock and Stone, P.L.C.            Joshua David Rogaczewski
150 West Jefferson, Suite 2500                         (jrogaczewski@mwe.com)
Detroit, Michigan 48226                                McDermott Will & Emery LLP
313.496.7635                                           600 13th Street, Northwest
313.963.6420 fax                                       Washington, D.C. 20005
                                                                  202.756.8000
                                                                  202.756.8087 fax

*Attorneys for BorgWarner Inc., BorgWarner Diversified Transmission Products Inc., and BorgWarner Flexible Benefits Plans*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2012, I electronically filed the foregoing **BorgWarner's Second Supplemental Appendix of Summary Judgment Authorities** with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

s/Bobby R. Burchfield
Bobby R. Burchfield
(bburchfield@mwe.com)
McDermott Will & Emery LLP
600 13th Street, Northwest
Washington, D.C. 20005
202.756.8000
202.756.8087 fax
