UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLARD L. SLOAN, EUGENE J.
WINNINGHAM, JAMES L. KELLEY,
on behalf of themselves and a similarly
situated class,

              Plaintiffs,

v.

BORGWARNER, INC., BORGWARNER
FLEXIBLE BENEFITS PLANS and
BORGWARNER DIVERSIFIED
TRANSMISSION PRODUCTS, INC.,

              Defendants.
_____/

Case No. 09-cv-10918

Paul D. Borman
United States District Judge

Mona K. Majzoub
United States Magistrate Judge

ORDER REGARDING NOVEMBER 7, 2012 HEARING

In addition to the recent Supplemental Authority provided to the Court by the parties, the Court is aware of, and the parties should be prepared to address at the November 7, 2012 hearing, the following additional Sixth Circuit decisions: *Witmer v. Acument Global Technologies, Inc.*, 694 F.3d 774 (6th Cir. 2012); *Schreiber v. Philips Display Components Co.*, No. 10-1370, 2012 WL 5351279 (6th Cir. Oct. 31, 2012); and *Lipker v. AK Steel Corp.*, __F.3d__, 2012 WL 5346325 (6th Cir. Oct. 31, 2012). No further briefing is required.

IT IS SO ORDERED.

                                                                      Paul D. Borman
                                                                      United States District Judge

Dated: 11-2-12