UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLARD L. SLOAN, EUGENE J. WINNINGHAM, and JAMES L. KELLEY, | |
| Plaintiffs, | Case 2:09-cv-10918-PDB-MKM |
| v. | U.S. District Judge Paul D. Borman |
| BORGWARNER INC., BORGWARNER DIVERSIFIED TRANSMISSION PRODUCTS INC., and BORGWARNER FLEXIBLE BENEFITS PLANS, | U.S. Mag. Judge Mona K. Majzoub |
| Defendants. | |

## NOTICE REGARDING *TACKETT*

In accordance with the order of this Court dated June 20, 2014, BorgWarner Inc., BorgWarner Diversified Transmission Products Inc., and BorgWarner Flexible Benefits Plans hereby provide notice that on January 26, 2015, the Supreme Court of the United States decided *M&G Polymers USA, LLC v. Tackett*. The Supreme Court vacated the Sixth Circuit's decision, and after reviewing the many inferences regarding vesting of retiree benefits set forth in *International Union, UAW v. Yard-Man, Inc.*, 716 F.2d 1476 (6th Cir. 1983), and its progeny, ruled that those inferences "conflict with ordinary principles of contract law" and are improper. No. 13-1010, 2015 WL 303218, at *6 (U.S. Jan. 26, 2015) (attached). BorgWarner

respectfully suggests that the Court convene a status conference to discuss a process for reconsideration of the Court's prior summary judgment ruling.

Dated: January 29, 2015                           Respectfully submitted,

                                                  s/Joshua David Rogaczewski
Elisa Angeli Palizzi (P52088)                     Bobby R. Burchfield
(angeli@millercanfield.com)                       (bburchfield@mwe.com)
Miller, Canfield, Paddock and Stone,              Joshua David Rogaczewski
P.L.C.                                            (jrogaczewski@mwe.com)
150 West Jefferson, Suite 2500                    McDermott Will & Emery LLP
Detroit, Michigan 48226                           The McDermott Building
313.496.7635                                      500 North Capitol Street, Northwest
313.963.6420 fax                                  Washington, D.C. 20001
                                                  202.756.8000
                                                  202.756.8087 fax

*Attorneys for BorgWarner Inc., BorgWarner Diversified Transmission Products Inc., and BorgWarner Flexible Benefits Plans*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2015, I electronically filed the foregoing **Notice Regarding *Tackett*** with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

s/Joshua David Rogaczewski
Joshua David Rogaczewski
(jrogaczewski@mwe.com)
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, Northwest
Washington, D.C. 20001
202.756.8195
202.591.2757 fax
