UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLARD L. SLOAN, EUGENE J.
WINNINGHAM, JAMES L. KELLEY,
on behalf of themselves and a similarly
situated class,

        Plaintiffs,

v.

BORGWARNER, INC., BORGWARNER
FLEXIBLE BENEFITS PLANS and
BORGWARNER DIVERSIFIED
TRANSMISSION PRODUCTS, INC.,

        Defendants.
_____/

Case No. 09-cv-10918

Paul D. Borman
United States District Judge

Mona K. Majzoub
United States Magistrate Judge

## ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE IN LIGHT OF *TACKETT*

The parties are ordered to submit supplemental briefing, up to 15 pages per side, discussing the impact of the Supreme Court's ruling in *M&G Polymers USA, LLC v. Tackett*, 135 S.Ct. 926 (2015), on this Court's February 27, 2014 Opinion and Order Denying the parties' cross motions for summary judgment:

    April 24, 2015 - Defendants' Supplemental Brief Due

    May 22, 2015 - Plaintiffs' Response Brief Due

IT IS SO ORDERED.

                                      Paul D. Borman
                                      United States District Judge

Dated: **MAR 1 8 2015**