UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLARD L. SLOAN, EUGENE J. WINNINGHAM, AND JAMES L. KELLEY,<br><br>    Plaintiffs,<br><br>    v.<br><br>BORGWARNER INC., BORGWARNER DIVERSIFIED TRANSMISSION PRODUCTS INC., AND BORGWARNER FLEXIBLE BENEFITS PLANS,<br><br>    Defendants. | Case 2:09-cv-10918-PDB-MKM<br><br>U.S. District Judge Paul D. Borman<br><br>U.S. Magistrate Judge Mona K. Majzoub |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that Bobby R. Burchfield, formerly of McDermott Will & Emery, as counsel for the defendants, is no longer affiliated with McDermott Will & Emery. Mr. Burchfield will continue as counsel for the defendants with King & Spalding LLP.

Effective immediately, all further communications regarding the above-captioned matter should be addressed to Defendants' counsel of record as follows:

>Bobby R. Burchfield
>King & Spalding LLP
>1700 Pennsylvania Avenue, N.W.
>Washington, D.C. 20006
>Telephone: (202) 626-5524
>Facsimile:  (202) 626-3737
>*bburchfield@kslaw.com*

Dated:  April 20, 2015            Respectfully submitted,

                    s/Bobby R. Burchfield
                   Bobby R. Burchfield
                   (bburchfield@kslaw.com)
                   King & Spalding LLP
                   1700 Pennsylvania Avenue, N.W.
                   Washington, D.C. 20006
                   Telephone: (202) 626-5524
                   Facsimile:  (202) 626-3737

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this document has been forwarded to all counsel of record via electronic filing system pursuant to the Federal Rules of Civil Procedure on the 20th day of April, 2015.

                                                      s/Bobby R. Burchfield  
                                                      Bobby R. Burchfield