UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLARD L. SLOAN, EUGENE J.
WINNINGHAM, and JAMES L. KELLEY,
on behalf of themselves and a similarly
situated class,

        Case No. 09-cv-10918
        Hon. Paul D. Borman
        Magistrate Mona K. Majzoub

        Plaintiffs,

v.

        **Class Action**

BORGWARNER, INC., BORGWARNER
FLEXIBLE BENEFITS PLANS and
BORGWARNER DIVERSIFIED
TRANSMISSION PRODUCTS, INC.,

        Defendants.

---

David R. Radtke (P47016)
Roger J. McClow (P27170)
Patrick J. Rorai (P65091)
McKNIGHT, McCLOW, CANZANO,
SMITH & RADTKE, P.C.
400 Galleria Officentre, Suite 117
Southfield, MI 48034
248-354-9650; fax 248-354-9656
dradtke@kmsmc.com
rmcclow@kmsmc.com
prorai@kmsmc.com

*Attorneys for Plaintiffs*

Bobby R. Burchfield
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
202-626-5524; fax 202-626-3737
bburchfield@kslaw.com

Elisa Angeli Palizzi (P52088)
MILLER, CANFIELD, PADDOCK
& STONE, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226
313-496-7635; fax 313-963-6420
angeli@millercanfield.com

*Attorneys for Defendants*

---

### PLAINTIFFS' UNOPPOSED MOTION EXTENDING THE TIME TO FILE A RESPONSE BRIEF TO BORGWARNER'S SUPPLEMENTAL BRIEF

Plaintiffs, by their attorneys, McKnight, McClow, Canzano, Smith & Radtke, P.C., file this Unopposed Motion to Extend the Time to File a Response to Defendant's Supplemental Brief Regarding *Tackett* and Its Impact On This Case. Under the current Scheduling Order, Plaintiffs' Response Brief is due on May 21, 2015.

Plaintiffs' counsel begins a jury trial in front of United States District Court Judge John Corbett O'Meara in *UAW Local 1869, et al. v. General Motors LLC,* Case No. 10-cv-14899 on May 18, 2015.  It is likely that the jury trial will last at least one week.  Because of the jury trial and other pressing matters, Plaintiffs respectfully request a short extension until June 4, 2015 to file the Response Brief.  Defendants do not oppose the request for extension.

Wherefore, for the reasons set forth above, Plaintiffs respectfully request that this Court grant an extension to allow Plaintiffs to file a Response Brief to Defendant's Supplemental Brief Regarding *Tackett* and Its Impact On This Case to June 4, 2015.

Respectfully submitted,

McKNIGHT, McCLOW, CANZANO,
SMITH & RADTKE, P.C.

By: */s/ David R. Radtke*
   DAVID R. RADTKE (P47016)
   ROGER J. McCLOW (P27170)
   PATRICK J. RORAI (P65091)
   Attorneys for Plaintiffs
   400 Galleria Officentre, Suite 117
   Southfield, MI  48034
   248-354-9650
   dradtke@michworklaw.com
   rmcclow@michworklaw.com
Dated: May 8, 2015   prorai@michworklaw.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

WILLARD L. SLOAN, EUGENE J.
WINNINGHAM, and JAMES L. KELLEY,
on behalf of themselves and a similarly
situated class,

Case No. 09-cv-10918
Hon. Paul D. Borman
Magistrate Mona K. Majzoub

          Plaintiffs,

v.

**Class Action**

BORGWARNER, INC., BORGWARNER
FLEXIBLE BENEFITS PLANS and
BORGWARNER DIVERSIFIED
TRANSMISSION PRODUCTS, INC.,

          Defendants.

---

David R. Radtke (P47016)
Roger J. McClow (P27170)
Patrick J. Rorai (P65091)
McKNIGHT, McCLOW, CANZANO,
SMITH & RADTKE, P.C.
400 Galleria Officentre, Suite 117
Southfield, MI  48034
248-354-9650; fax 248-354-9656
dradtke@kmsmc.com
rmcclow@kmsmc.com
prorai@kmsmc.com

*Attorneys for Plaintiffs*

Bobby R. Burchfield
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
202-626-5524; fax 202-626-3737
bburchfield@kslaw.com

Elisa Angeli Palizzi (P52088)
MILLER, CANFIELD, PADDOCK
& STONE, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226
313-496-7635; fax 313-963-6420
angeli@millercanfield.com

*Attorneys for Defendants*

---

### BRIEF IN SUPPORT OF
### PLAINTIFFS' UNOPPOSED MOTION EXTENDING
### THE TIME TO FILE A RESPONSE BRIEF
### TO BORGWARNER'S SUPPLEMENTAL BRIEF

For the reasons stated in the attached Motion, Plaintiffs respectfully request that this Court grant an extension to allow Plaintiffs to file a Response Brief to Defendant's Supplemental Brief Regarding *Tackett* and Its Impact On This Case to June 4, 2015.

Respectfully submitted,

McKNIGHT, McCLOW, CANZANO,
SMITH & RADTKE, P.C.

By: */s/ David R. Radtke*
   DAVID R. RADTKE (P47016)
   ROGER J. McCLOW (P27170)
   PATRICK J. RORAI (P65091)
   Attorneys for Plaintiffs
   400 Galleria Officentre, Suite 117
   Southfield, MI  48034
   248-354-9650
   dradtke@michworklaw.com
   rmcclow@michworklaw.com
Dated: May 8, 2015   prorai@michworklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2015, I electronically filed the foregoing paper

with the Clerk of the Court using the ECF system which will serve it upon:

Bobby R. Burchfield                          Elisa Angeli Palizzi

Respectfully submitted,

McKNIGHT, McCLOW, CANZANO,
SMITH & RADTKE, P.C.

By: _/s/ David R. Radtke_
   DAVID R. RADTKE (P47016)
   ROGER J. McCLOW (P27170)
   PATRICK J. RORAI (P65091)
   Attorneys for Plaintiffs
   400 Galleria Officentre, Suite 117
   Southfield, MI  48034
   248-354-9650
   dradtke@michworklaw.com
   rmcclow@michworklaw.com
   prorai@michworklaw.com

P:\RHC Cases\BorgWarner\2009 MI Lawsuit\Pleadings\Extension Req for Response to BW Brief.wpd