UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLARD L. SLOAN, EUGENE J.
WINNINGHAM and JAMES L. KELLEY,
on behalf of themselves and a similarly
situated class,

          Plaintiffs,

v.

BORGWARNER, INC., BORGWARNER
FLEXIBLE BENEFITS PLANS and
BORGWARNER DIVERSIFIED
TRANSMISSION PRODUCTS, INC.,

          Defendants.

_____/

Case No. 09-cv-10918
Hon. Paul D. Borman
Magistrate Mona K. Majzoub

**Class Action**

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION EXTENDING THE TIME TO FILE A RESPONSE BRIEF TO BORGWARNER'S SUPPLEMENTAL BRIEF

This matter having come before the Court on Plaintiffs' Unopposed Motion Extending the Time to File a Response Brief to BorgWarner's Supplemental Brief and the Court having been fully advised in the premises;

IT IS HEREBY ORDERED that the Motion is granted and the time for Plaintiffs to respond to Defendants' supplemental Brief is extended until June 4, 2015.

          s/Paul D. Borman
          PAUL D. BORMAN
          UNITED STATES DISTRICT JUDGE

Dated: May 11, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 11, 2015.

                                              s/Deborah Tofil
                                              Case Manager